IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-00472-DDD-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1.     CHRISHEENA SHANTE MCGEE,
a/k/a CHRISTINA MARIUS**

       Defendants.

---

### <u>Unopposed</u> Motion to Amend Order Setting Conditions of Release (Doc. 11) to Permit Ms. McGee to Reside in Houston, Texas Pending Trial

---

Chrisheena McGee, through undersigned counsel, respectfully requests the Court amend the Order Setting Conditions of Release (Doc. 11) to permit here to reside in Houston, Texas pending trial.

### Procedural Background

1.    On November 9, 2023, an indictment was filed against Ms. McGee, alleging twelve counts of *Wire Fraud and Aiding and Abetting Same,* pursuant to 18 U.S.C. § 1343, 2(a). (Doc. 1-1).

2.    Trial is set to commence on February 2, 2026.

3.    On November 28, 2023, Ms. McGee appeared on summon in this case and was released on a personal recognizance bond with certain conditions, including that travel was restricted to Colorado, Georgia and Louisiana so that Ms. McGee could reside

in Georgia, travel to Colorado for court and travel to Louisiana to assist her parents with their medical care. (Doc. 11, p. 2, (7)(f)).

4.      Ms. McGee is seeking to relocate from Atlanta, Georgia to Houston, Texas, where she is from and has family ties.

5.      Her anticipated new address has been provided to the government and to both the Probation Office in Colorado as well as the Probation Office in Atlanta, Georgia.

6.      Neither the government nor either Probation Office opposes Ms. McGee's request to reside in Houston, Texas.

## Conclusion

WHEREFORE, Ms. McGee respectfully requests that the Court amend the Order Setting Conditions of Release to permit her to reside in Houston, Texas pending trial. Ms. McGee also requests the Court continue to permit her to travel to Colorado for court and to Louisiana to care for her parents.

Dated: August 8, 2025.

Respectfully submitted,

*s/Marci G. LaBranche*
Marci G. LaBranche
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone/Fax:  720.689.8909
Email:  labranche@slhlegal.com
*Attorney for Chrisheena McGee*

**Certification of Compliance:** I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

*s/ Marci G. LaBranche*
Marci G. LaBranche

## Certificate of Service

I certify that on August 8, 2025, I electronically filed the foregoing **Unopposed Motion to Amend Conditions of Release (Doc. 11) to Permit Ms. McGee to Reside in Houston, Texas Pending Trial** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Craig Gordon Fansler
Assistant United States Attorney
U.S. Attorney's Office – Denver
1801 California Street, Ste. 1600
Denver, CO 80202
craig.fansler2@usdoj.gov


Bryan D. Fields
Assistant United States Attorney
U.S. Attorney's Office – Denver
1801 California Street, Ste. 1600
Denver, CO 80202
bryan.fields3@usdoj.gov

*s/ Nancy Hickam*
Nancy Hickam, Paralegal