# Exhibit 1: United States' *James* Log

United States' James Log

United States v. McGee and Bacon, 23-cr-472-DDD

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 1 | Tiffany Dillon | 1/3/2019 | | McGee | On January 3, 2019, McGee emails Dillon using alias Christina Rae letterhead for a Victory Stone Ministries | 4TS_0000001-4TS_0000002 | *See* Indictment ¶ 1 (discussing McGee's use of aliases and multiple entities) | 2, 3, 4, 12, 13 |
| 2 | Tiffany Dillon / Al Canzater | 2/18/2019 | | McGee | Email correspondence between McGee and Canzater re: 1099 for Home Star Housing LLC | 4TS_0001009 | Canzater is expected to testify that he helped set up corporate entities for McGee, became aware of delays in loan closing and that Bacon was not keeping money in escrow, and communicated directly with many of the victims. | 2, 3, 4, 12, 13 |
| 3 | Sarah Anderson | 3/7/2019 | | Stewart | Email from Stewart to Bacon requesting funds; Bacon responds "Will do." | INV_00009304 | *See* Indictment ¶ 11 (outlining Bacon's role) | 2, 3, 4, 12, 13 |
| 4 | Tiffany Dillon / Al Canzater | 3/14/2019 | | McGee | McGee (using Marius alias) emails Bacon and copies "everyone on the board" of Branded Mortgage to thank Bacon for "assisting us with the issues we were facing" and promising to "re-engage the clients with proper instructions" once Bacon sets up a new escrow bank account. | 4TS_0000236 | *See* Indictment ¶ 11 (outlining Bacon's role) | 1, 2, 3, 4, 6, 12, 13 |
| 5 | Sarah Anderson | 3/15/2019 | | McGee | Letter from McGee to Bacon; the letter is signed by McGee, Smith, and Canzater. The letter states in part:<br><br>The purpose of this letter is to establish proper protocol for Branded Asset Management Group along with delegation of Board Members. Please be advised William E. Stewart/BE Stewart & Associates as of 3/14/2019 is not affiliated with Branded Mortgage or Branded Loan. He is not authorized to make any decisions regarding these entities and/or Parent Company. The following individuals are listed as Board Members for Branded Asset Management Group:<br>Christina Marius (engaged name) -Chief Operating Officer and signer for Escrow<br>Adarrin "AD" Smith -Chief Sales Officer and signer for Escrow<br>Ross Munajj -Chief Underwriting Officer -signer for Closing Escrow<br>AI Canzater -Chief Financial Officer -signer for Closing Escrow<br>Tiffany Dillon -Executive Administrator -Authorized to submit signed documents<br><br>An escrow agreement between First Title and Branded Asset Management is included | INV_00009286 - INV_00009301 | *See* Indictment ¶ 11 (outlining Bacon's role) | 1, 2, 3, 4, 6, 12, 13 |
| 6 | Sarah Anderson | 3/18/2019 | | McGee | Letter from McGee to Stewart regarding "Disconnect from Branded Loan & Branded Mortgage" | INV_00009302 - INV_00009303 | Bacon introduced to McGee through Stewart. *See* INV_00008764. | 3, 4, 5, 6, 12, 13 |
| 7 | Tiffany Dillion / Adarrin Smith | 4/1/2019 | 4/2/2019 | McGee | McGee discusses payroll totals and states that "Sandy will do the payroll transfer in the morning" | 4TS_0000268 | *See* Indictment ¶ 12 (escrow money used for other purpose; Bacon payroll processed from victim money instead of holding in escrow). | 1, 3, 4, 5, 9, 14 |
| 8 | A.D. Smith | 4/3/2019 | | McGee | Email from McGee to Bacon and Smith where McGee states "AD and I are the majority stockholders in Branded Asset Management Group and the only ones authorized to communicate and interact on behalf of the company." and "only AD and I are to receive notifications and provide/receive information." | INV_00009282 | *See* Indictment ¶ 11 (outlining McGee's role) | 1, 3, 4, 6 |
| 9 | Adarrin Smith and investors to whom documents were provided | 5/1/2019 | 3/30/2021 | McGee and Bacon | Commitment letters, escrow agreements, loan offers, and marketing materials drafted by McGee that McGee's companies provided to investors and potential investors between approximately May 2019 and at least March 2021. All statements in documents furthered conspiracy by inducing new victims to invest. While much of the content in these materials is false, and thus will not be offered for the truth of the matter asserted, there are pieces of information that may be true or partially true. For example, the information that Bacon had agreed to serve as escrow agent, the signatories on each agreement, and the information about advance fees to be paid was at least partially true. | *E.g.*, JMTC_00000059-JMTC_00000080 (Trivecta Credit Facility); JMTC_00000082 ($50M loan offer from Champion to Trivecta) | See Indictment ¶ 5, 8, 13 (describing use of loan agreements, escrow agreements, commitment letters, and other related paperwork to further the scheme and conspiracy).<br><br>Specific materials, letters, and documents further identified below. | 1, 4, 10 |
| 10 | Michael Sumerford | 5/9/2019 | | McGee | Email from McGee to Bayou team regarding the "moving to closing" letter attached; the Moving Towards Closing letter is signed by McGee. | INV_00010464-INV_00010465 | *See* Indictment ¶ 8 (describing false representations to victims leading to payment of advance fee) | 1, 4, 7, 9, 12, 14 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 11 | Michael Sumerford | 5/13/2019 | | Smith and Bacon | Beaver Lake Industrial Park LLC Loan Packet (Commitment Letter signed by Smith and Escrow Agreement signed by Bacon) | INV_00010510 - INV_00010524 | *See* Indictment ¶ 8 (describing false representations to victims leading to payment of advance fee) | 1, 4, 7, 9, 12, 14 |
| 12 | Michael Sumerford | 5/14/2019 | | McGee | Email between Sumerford, McGee and other regarding a Stand By Letter of Credit (SBLC) related to the deal, McGee states<br><br>"Here is an actual SBLC our provider issued for $20,000,000 from Citibank but we will have one issued for Barclays London. Yours will be for $60m good for 366 days. This one was project driven and needed for only a short time. This is what we will have issued as collateral for the 12 months need to cover the loan amount."<br><br>"We will not get an acceptance letter from Barclays. We simply make a request with the funds in escrow and they will cut the Bank Guarantee. We cannot get anything if your funding hasn't taken place. I received the quote. It may slightly change depending on the markets in July. If we apply without the funds, they will deny us automatically."<br><br>"I will send the quote for escrow which is provisioned in advance. The information will be sanitized due to our intermediary information on the documents. Our next step is the signature of the commitment letter and escrow and at that moment we are on our way! Mr. Thomas should have gotten a copy in his email to sign." | INV_00010433- INV_00010434 | *See* Indictment ¶¶ 15, 17 (detailing use of false explanations about delays and access to funds to further scheme) | 1, 4, 7, 8, 9, 12, 14 |
| 13 | Tiffany Dillon / Al Canzater | 5/18/2019 | | McGee | McGee discusses moving into "funding phases" of loan program:<br><br>We are pleased to have moved into the funding phases of our program. We ran into some hiccups along the way but we are funding loans and need to create streamlining throughout the process. I would like to have a meeting on Monday evening at 5pm CST. This meeting is mandatory for Clint, Fran, Christine, Natalie, Denice, James, and crucial to our foundation of internal workings.<br>We will discuss responsibilities for internal processes and also assisting with our Canadian Director with our Attorney in place.<br>Before the weekend is out, I need to speak individually with Clint and James.<br>Natalie ls flying in this week to become our new Funding Supervisor who will work closing with the investment protocol as to the availability of funds and establishing dates.<br>These are exciting times and I cannot tell you how blessed we are to have hard working people like all of you as part of our team. We need to ensure that we run a tight ship with dates and funding coordination in order for funding to go smoothly.<br>We are also working with Mr. Brennan who will assist with implementing a set rule of processing for New England States so we prevent any more drama we had last week. We are pleased to state we savaged one deal from the three and look to possibly re-open businesses there with a new set of rules.<br>Congratulations on all of your hard work and coming on board with us! | 4TS_0000480 | *See* Indictment ¶ 12 (escrow money used for other purpose, including to start residential lending). | 1, 3, 4, 5, 9, 14 |
| 14 | Tiffany Dillon / Al Canzater | 5/19/2019 | | Bacon | Bacon, despite knowing that Branded used one victim's escrow money to start "funding phase," replies to McGee email to state it is "Truly exciting times" to move from the "getting started phase" to a new phase where "now the sky is the limit" | 4TS_0000481- 4TS_0000482 | *See* Indictment ¶ 12 (escrow money used for other purpose, including to start residential lending). | 1, 3, 4, 5, 9, 14 |
| 15 | Michael Sumerford | 5/21/2019 | | McGee | Email between Sumerford and McGee regarding a Stand By Letter of Credit (SBLC) related to the deal, McGee states "We do not have a receipt from Barclays. We use an intermediary financial group who works with a Barclays Banking Agent who gets the instrument cut. We cannot order the instrument until funding. The only thing we have is a current quote for the market rate which could change based on when we actually are ready to cut the instrument and market value." | INV_00010394 | *See* Indictment ¶¶ 15, 17 (detailing use of false explanations about delays and access to funds to further scheme) | 1, 4, 7, 8, 9, 12, 14 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 16 | Michael Sumerford | 5/22/2019 | | McGee | Email between Sumerford and McGee regarding a Stand By Letter of Credit (SBLC) related to the deal, claiming "This is all proprietary information; therefore, I will not forward the information but paste the response below:<br><br>The SBLCs annual rate is 4% of the face value. Plus the cost of the Mt760. In this case that would be:<br>$2,400,000 SBLC<br>$75,000 MT760<br>If client requires escrow:<br>1% of the fees.<br>$25,000" | INV_00010388-INV_00010389 | *See* Indictment ¶¶ 13, 15, 17 (detailing use of texts, emails, and other communications to provide false explanations about delays and access to funds to further scheme) | 1, 4, 7, 8, 9, 12, 14 |
| 17 | Tiffany Dillon / Adarrin Smith | 5/24/2019 | | McGee | Email from McGee to Dillon, Bacon, Ruiz and Smith regarding commission for Brown deal; in the chain, McGee asks Bacon to "send $10,685.00 in commission for the balance" and requests Ruiz to send his "banking information to Sandy for this commission payout" | 4TS_0000516 | *See* Indictment ¶ 12 (escrow money used for other purpose, including to start residential lending). | 1, 3, 4, 5, 9, 14 |
| 18 | William Drennen | 5/25/2019 | | Smith and Bacon | WTD Oil and Gas Loan Packet (Commitment Letter signed by Smith and Escrow Agreement signed by Bacon) | INV_00008412-INV_00008427 | *See* Indictment ¶¶ 5-6 (explaining nature of conspiracy to promise loans in exchange for advance fee that would be held in escrow). | 1, 4, 5, 10, 13, 14 |
| 19 | Michael Sumerford | 5/31/2019 | | McGee | Email from McGee to Sumerford, Tucker, Bacon, Smith, and Canzater requesting Tucker's signature on the documents | INV_00010387 | *See* Indictment ¶ 11 (describing McGee's role in finalizing and reviewing paperwork). | 1, 3, 5, 9, 11, 12 |
| 20 | Sarah Anderson | 6/1/2019 | | Bacon | Confirmation of receipt of escrow from Bacon to Tucker/Beaver Lake Industrial Park, LLC | INV_00010555 | *See* Indictment ¶ 12 (describing Bacon's role). | 1, 3, 4, 5, 9, 12, 14 |
| 21 | Sarah Anderson | 6/3/2019 | | Bacon | Confirmation of receipt of escrow from Bacon to Tucker/Beaver Lake Industrial Park, LLC | INV_00010556 | *See* Indictment ¶ 12 (describing Bacon's role). | 1, 3, 4, 5, 9, 12, 14 |
| 22 | Michael Sumerford | 6/10/2019 | | McGee | Email from McGee to Sumerford informing Sumerford that she is meeting with creditors | INV_00010362 | *See* Indictment ¶¶ 13, 15, 17 (detailing use of texts, emails, and other communications to further scheme, including by giving false explanations about delays, status of escrow accounts, and access to funds ) | 1, 4, 7, 8, 9, 12, 14 |
| 23 | Michael Sumerford | 6/10/2019 | | McGee | Email from McGee to Sumerford with Commitment Letter attached; Commitment Letter is signed by McGee | INV_00010374 - INV_00010375 | *See* Indictment ¶ 13 (describing use of commitment letters to further scheme) | 1, 3, 5, 7, 8, 9, 10, 11 |
| 24 | Tiffany Dillon | 6/13/2019 | | McGee | Email from McGee to Dillon regarding payroll to send out and notes "Sandy sent over 13 500 for payroll along with 562500 for my commission on a deal" | 4TS_0000573 | *See* Indictment ¶ 12 (escrow money used for other purpose; Bacon payroll processed from victim money instead of holding in escrow). | 1, 3, 4, 5, 9, 14 |
| 25 | Michael Sumerford | 6/17/2019 | | McGee | Email from McGee to Sumerford and other, included in the cc is Canzater and Smith. McGee states "It has come to our attention that Darryl Spencer sent forged documents to one or more clients by illegally signing our Director of Underwriting name to documents unbeknownst to anyone in our company until AFTER THE FACT. This may be illegal. He has decided to harass me and others via email. Effective immediately, he has been terminated from our company and is not authorized to act on its behalf. If he contacts you directly or indirectly, please notify us immediately as we are now seeking legal action against this individual. This will in no way affect your funding. This is for informational purposes only." | INV_00010359 | | 3, 8 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 26 | Michael Sumerford | 6/17/2019 | | McGee | Email between Sumerford and McGee regarding closing in which McGee states "The 30th is a weekend ... we will close on the first of July. I'm waiting for Tuesday to see if we can close Wednesday so hold tight" | INV_00010360 | *See* Indictment ¶¶ 13, 15, 17 (detailing use of texts, emails, and other communications to further scheme, including by giving false explanations about delays, status of escrow accounts, and access to funds ) | 1, 4, 7, 8, 9, 12, 14 |
| 27 | Tiffany Dillon | 6/18/2019 | | McGee | Email from McGee to Dillon with the Deutsche Bank documents attached | 4TS_0000575-4TS_0000577 | *See* Indictment ¶ 12 (describing purchase of financial instruments from money supposed to be held in escrow by Bacon). | 3, 4, 5, 8, 10, 12, 14 |
| 28 | Michael Ballard | 6/19/2019 | 1/27/2020 | McGee | Emails between Ballard, Bacon, McGee, Canzater and others discussing the Ballard deal etc., a few excerpts are below:<br><br>Noted an email from McGee on 9/5/2019 that stated:<br><br>"We will fund between the 16th and 30th and I would like to give you a hard date once I have the aforementioned information. I would also like to apologize for the delay in funding has we ran into a few unforeseen and unexpected issues. We will get this resolved this month."<br><br>Noted an email from McGee on 10/31/2019 that stated:<br><br>"Mr. Ballard, We are preparing to return your escrow via wire today, and we need the banking information as to where you prefer the deposit to be made." | INV_00016471-INV_00016586- | *See* Indictment ¶¶ 13, 15, 17 (detailing use of texts, emails, and other communications to further scheme, including by giving false explanations about delays, status of escrow accounts, and access to funds ) | 1, 4, 7, 8, 9, 12, 14 |
| 29 | Michael Ballard | 6/19/2019 | 3/11/2020 | McGee | Emails between Ballard, Bacon, McGee, Canzater and others discussing the Ballard deal etc., a few excerpts are below:<br><br>Noted an email from Ballard to McGee on 9/6/2019 that stated: "It would be great if we could speak today. My wife, truly, is near suicidal with the pace of this closing and the exposure that we are facing. For the last three nights she has not slept, and she just called me in hysterics over what are we going to do if the delays continue past September 26th….the expiration of our bridge loan. Although I looked upon your message as good news, she just sees this as another delay that gets us to one week closer to being homeless in Seattle. It is hard to argue the fact that a number of deadlines given to us from Branded have passed without success, and while I believe that this time will be different, I don't really have any hard evidence as to why I think it is different this time."<br><br>Noted an email from McGee on 10/1/2019 that stated: "Our delay came in from our company being subpoenaed due to providing loans outside of an LLC or to a consumer directly. We are addressing this issue which should be completed within the next seven business days and will be able to close. We do not want to face any fines for any future deals we provide in the state of Washington. We thought the issue would be cleared up two weeks ago but are just now finalizing the legalities of the situation. My apologies for the delay as our goal is to always ensure we can fund loans through businesses. Our goal is to close 24 hours once everything is satisfied."<br><br>Noted an email from McGee on 10/31/2019 that stated: "We are returning your escrow. If you want to collect interest and fees, that is something done externally and will require additional conversations. You should also be reminded that we are still dealing with the issue with the state of Washington regardless of your intentions along with the fact that you are residing in investment property which is the main reason we are unable to proceed with funding this deal. I will discuss this with the board and get back with you as we will consider if the approach should be handled through legal counsel." | INV_00017027-INV_00017142- | *See* Indictment ¶¶ 13, 15, 17 (detailing use of texts, emails, and other communications to further scheme, including by giving false explanations about delays, status of escrow accounts, and access to funds ) | 1, 4, 7, 8, 9, 12, 14 |

United States' James Log
United States v. McGee and Bacon, 23-cr-472-DDD

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 30 | Michael Sumerford | 6/21/2019 | | McGee | Email between Sumerford and McGee regarding scheduling the closing in which McGee responds "I will confirm Monday. I'm not supposed to schedule closings until the funds post in our account but it will post next week." | INV_00010355 - INV_00010358 | *See* Indictment ¶¶ 13, 15, 17 (detailing use of texts, emails, and other communications to further scheme, including by giving false explanations about delays, status of escrow accounts, and access to funds ) | 1, 4, 7, 8, 9, 12, 14 |
| 31 | Michael Sumerford | 6/24/2019 | | McGee | Email between Sumerford and McGee regarding final legal review; McGee responds "I expect tomorrow ... I'm excited!" | INV_00010354 | *See* Indictment ¶¶ 13, 15, 17 (detailing use of texts, emails, and other communications to further scheme, including by giving false explanations about delays, status of escrow accounts, and access to funds ) | 1, 4, 7, 8, 9, 12, 14 |
| 32 | Michael Sumerford | 6/25/2019 | | McGee | Email between Sumerford, Tucker, McGee and others; McGee states "Good morning! Were there any changes are questions regarding the closing documents that were sent over? Once the funds post to our account, then we will close in 24 hours. I apologize for the short notice but company policy is that I cannot schedule a closing until then. Christine will adjust the dates and we will set a time for the closing! The wire transfer of funds will come from our paymaster in Houston through Billy Wilson, directly from our Gold Key Account in Nevada, or our escrow account in Virginia. It will more than likely be one of the first two because there is a 24 hour delay in wires sent from Navy Federal depending on what day of the week it is and I would like for funds to post to your account the same day of closing. These are exciting times! Keep in mind Gold Key is two hours behind us so I will begin working on everything around 11-12pm central to confirm everything!" | INV_00010352 | *See* Indictment ¶¶ 13, 15, 17 (detailing use of texts, emails, and other communications to further scheme, including by giving false explanations about delays, status of escrow accounts, and access to funds ) | 1, 4, 7, 8, 9, 12, 14 |
| 33 | Michael Morrow | 6/26/2019 | 3/4/2020 | McGee and Bacon | Various emails that include Morrow, McGee, Bacon, and others discussing setting up banks and closing deals, a sample of excerpts are below:<br><br>[1] In response to an email from Morrow dated 1/24/2020 regarding the HUDREO website, Bacon states:<br><br>"I am hoping to have this website serve all of my clients, not just HUD. It will have access to the MLS, etc. I suggest we add a link for Senior Services. Maybe next week I can get a chance to work with you on finishing it up and getting it live. Thank you for all your help!!!" | INV_00008836 | | 1, 3, 4, 5, 6, 11, 13, 14 |
| 34 | Michael Sumerford | 6/26/2019 | 6/30/2019 | McGee | Email between Sumerford and McGee; McGee states "I believe our original date was 7/1 so it appears we are on schedule! Please see the blocked funds we will use to generate additional income for the current and up to three locations." When questioned on the 25M instrument Branded Asset received, McGee responds "The $25mm is what we have requested from our line of credit. I am more than happy to speak with Tommy. I should have kept my mouth shut and waited until the funds posted for 7/1 which was the original date." | INV_00010341 - INV_00010342 | *See* Indictment ¶¶ 13, 15, 17 (detailing use of texts, emails, and other communications to further scheme, including by giving false explanations about delays, status of escrow accounts, and access to funds ) | 1, 4, 7, 8, 9, 12, 14 |
| 35 | Michael Sumerford | 6/26/2019 | | McGee | Email between Sumerford, Tucker, McGee and others; McGee states "We are so excited and preparing for the final countdown to closing. We are awaiting funds to post to our account and we will schedule closing within 24 hours INCLUDING paperwork date adjustments. In the meantime, if you need any assistance, please contact me at the number below. We are implementing funding preparations for additional locations and have blocked funds in place already. We will send a copy of the blocked funds letter for your review." | INV_00010345 - INV_00010346 | *See* Indictment ¶¶ 13, 15, 17 (detailing use of texts, emails, and other communications to further scheme, including by giving false explanations about delays, status of escrow accounts, and access to funds ) | 1, 4, 7, 8, 9, 12, 14 |
| 36 | Tiffany Dillon | 6/27/2019 | | McGee | Forwarded email from McGee to Dillon; the original email was from McGee to Bacon and Smith requesting Sandy to send funds for reimbursement of charges | 4TS_0000599 | *See* Indictment ¶ 12 (escrow money used for other purpose). | 1, 3, 4, 5, 9, 14 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 37 | Michael Morrow | 6/27/2019 | 4/23/2020 | McGee and Bacon | Various emails that include Morrow, McGee, Bacon, and others discussing setting up banks and closing deals, a sample of excerpts are below:<br>[1] Email dated 1/27/2019 from Richard to Bacon with McGee (this email was forwarded to Morrow): "Hi Sandy, Thank you so much for the call today I really think that we accomplished a lot in regards to communication, timelines, and most importantly closing dates. Thank you for your time!!!! Christina- I gave you the email and passwords for our company master pipeline and I also shared the link with Sandy as well. Sandy really liked the pipeline and feels like it will help up us out tremendously."<br><br>[2] Email dated 4/23/2020 from Morrow to Canzater and Mcgee: "I want the company to succeed and I'd love to be a part of it. But wondering from week to week whether payroll is going to happen and never receiving any communication when it doesn't just isn't something I can't continue to live with....."It's really none of my business where the company gets its funding. All I really want is for our operations to be legal, ethical, and able to sustain the company. After trying to help a couple of banks get set up with USD Mint and looking into their claims a little bit, I felt that I should warn you and Christina that it gives every impression of representing itself as something it most emphatically is not. I would love to be proven wrong, but I keep coming back to the old adage that there's no such thing as free money. I haven't been able to find any way to spend, sell, borrow, or lend USD Mint money, which would render it valueless. Again, I hope I'm wrong. Do you have reason to believe there are people anywhere who are able to exchange this currency for either goods and services or other negotiable currencies?"<br><br>[3] In an undated email from McGee to employees, McGee states the following: "It is to my sad regret to inform everyone that Mrs. Sandy Bacon has tested positive for COVID-19. She works diligently as our Escrow Partner and Board Member. We love her dearly and ask everyone to keep her in your thoughts and prayers. HOW WILL THIS AFFECT YOUR POSITION: 1. We will postpone escrow deposits for the next 14 days. If a client is schedule to make a deposit, there will be a delay in confirming the deposit as her secretary has limited access plus there is a limit as to how much funds may be transferred without her physical presence at the bank. 2.All closings schedule for the next two weeks will receive escrow returns in one deposit and not two from loan proceeds. 3.We | INV_00008834 | Note - Bacon has a 1st Allegiance Email <sandy@1stallegiance.com> | 1, 3, 4, 5, 6, 11, 13, 14 |
| 38 | Michael Ballard | 6/27/2019 | | McGee | Escrow Agreement between Ballard and Bacon/First Title, signed by Ballard | INV_00016933-INV_00016943 | *See* Indictment ¶¶ 5-6 (explaining nature of conspiracy to promise loans in exchange for advance fee that would be held in escrow). | 1, 4, 5, 10, 13, 14 |
| 39 | Michael Ballard | 7/1/2019 | 2/16/2021 | Bacon | Texts between Bacon and Ballad; Sandy states on 7/25/2019 "I only hold escrow" and "I wish I could be more help but I am not really involved with their process beyond the escrow."; on 7/30/2019, she states "I only hold escrow funds and they tell me when we are closing and I wire funds." The text chain continues with Ballard asking Bacon for funding updates; the chain ends with Bacon stating "I closed my escrow company during Covid." | INV_00016946-INV_00017026 | *See* Indictment ¶¶ 13, 15, 17 (detailing use of texts, emails, and other communications to further scheme, including by giving false explanations about delays, status of escrow accounts, and access to funds ) | 1, 4, 7, 8, 9, 12, 14 |
| 40 | Michael Ballard | 7/1/2019 | 3/12/2020 | McGee and Bacon | Emails between Ballard, Bacon, McGee, Canzater and others discussing the Ballard deal etc., a few excerpts are below:<br><br>Noted two emails from Bacon on 3/11/2020 that stated:<br><br>"Good Evening Mike, I am preparing your escrow wire so I can send it first thing in the morning. They have authorized me to send $109,488 which is deducting the State of Washington fine of $21,750. I just wanted to tell you so you know what to expect. know that you think that I have been difficult the last few days but I hope you can appreciate the constraints I was under. I am so happy to send you this money...you just don't know how happy. This will end a very bad experience for both of us."<br><br>"Mike, I feel that I 100% did everything I could to help you. You know what I have been through during this process. You and I communicated on a daily basis. It hurts me that you don't feel that I did all I could do. I feel that I was put in a bad place. But I fought for the clients every step of the way." | INV_00017163-INV_00017211- | From 3/11/2020 to 11/4/2020 Bacon continued to collect over $9 million in escrow deposits | 1, 3, 4, 8, 9, 10, 12, 13, 14 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 41 | Michael Ballard | 7/1/2019 | | Bacon | Confirmation of receipt of escrow from Bacon to Michael Ballard | INV_00017216 | *See* Indictment ¶¶ 5-6 (explaining nature of conspiracy to promise loans in exchange for advance fee that would be held in escrow). | 1, 4, 5, 10, 13, 14 |
| 42 | Michael Sumerford | 7/10/2019 | | McGee | Email between Sumerford and McGee regarding timing of closing, in which McGee responds "We are awaiting final docs for our review and we are on track. I will keep you posted." and "No later than Monday to begin monetary transacting! That is why we are getting all items in place as they take one-two banking days to transact! Congratulations and we are very excited!" | INV_00010330 - INV_00010331 | *See* Indictment ¶¶ 13, 15, 17 (detailing use of texts, emails, and other communications to further scheme, including by giving false explanations about delays, status of escrow accounts, and access to funds ) | 1, 4, 7, 8, 9, 12, 14 |
| 43 | Tiffany Dillon | 7/11/2019 | | McGee | Email from McGee to Dillon to "send as soon as funds post for payroll" | 4TS_0000601 | *See* Indictment ¶ 12 (escrow money used for other purpose; Bacon payroll processed from victim money instead of holding in escrow). | 1, 3, 4, 5, 9, 14 |
| 44 | Tiffany Dillon / Addarin Smith | 7/11/2019 | | McGee | Email from McGee to Bacon, Dillon, and Smith requesting Bacon transfer funds for payroll | 4TS_0000602 | *See* Indictment ¶ 12 (escrow money used for other purpose; Bacon payroll processed from victim money instead of holding in escrow). | 1, 3, 4, 5, 9, 14 |
| 45 | Michael Morrow | 7/11/2019 | 3/30/2020 | McGee and Bacon | Various emails that include Morrow, McGee, Bacon, and others discussing setting up banks and closing deals, a sample of excerpts are below:<br><br>[1] There are several emails in the chain regarding setting up LendingWise, for example on 9/12/2019 Morrow emails McGee and Bacon the following<br><br>"Christina & Sandy, We discovered during our phone call with LendingWise today that we need to add the Business Lending module to our account so that we can process working capital loans. The cost is a one-time fee of $2500. I'm forwarding the invoice to Christina. Is this something we can get done fairly soon?"<br><br>[2] In discussing office software Morrow emails Bacon on 8/26/2019 the following:<br><br>"Sandy, Our one-month Microsoft trial is just about over, so we need to get them paid. They seem to be geared towards a credit card. Are you able to log in to our account and provide payment information?"<br><br>Sandy responds on the same day, stating:<br><br>"Yes when I get back to the office. How much is it?" | INV_00008837 | Note - Sandy has a Branded Asset email <sandy.bacon@brandedassetmg.com><br><br>First Title Navy Federal bank recods show periodic payments to Microsoft, specifically 2 days after the email, a payment in the amount of $2,435.63 was withdrawn from the First Title NFCU account ending in x6074 | 1, 2, 3, 5, 6, 9, 11, 13, 14 |
| 46 | Christina Dam | 7/11/2019 | | McGee | Email from McGee to NYLA and Smith regarding review of conference call and issues with Deutsche Bank | INV_00009846 - INV_00009847 | *See* Indictment ¶¶ 13, 15, 17 (detailing use of texts, emails, and other communications to further scheme, including by giving false explanations about delays, status of escrow accounts, and access to funds ) | 1, 4, 7, 8, 9, 12, 14 |
| 47 | Michael Sumerford | 7/11/2019 | 7/12/2019 | McGee | Email between Sumerford and McGee regarding when funding will happen; McGee states "We will sign today and prepare the HUD and funding normally lands in 1-3 business days. It's very simple and streamlined" | INV_00010312 - INV_00010316 | *See* Indictment ¶¶ 13, 15, 17 (detailing use of texts, emails, and other communications to further scheme, including by giving false explanations about delays, status of escrow accounts, and access to funds ) | 1, 4, 7, 8, 9, 12, 14 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 48 | Michael Sumerford | 7/11/2019 | | McGee | Email between Sumerford and McGee (Bunag is added to the chain) regarding HUD and the release schedule. | INV_00010317 - INV_00010321 | *See* Indictment ¶¶ 13, 15, 17 (detailing use of texts, emails, and other communications to further scheme, including by giving false explanations about delays, status of escrow accounts, and access to funds ) | 1, 4, 7, 8, 9, 12, 14 |
| 49 | Michael Sumerford | 7/15/2019 | | McGee and Smith | Loan Agreement between Branded Asset Management and Beaver Lake Industrial Park - signed by McGee, Smith, Sumerford, and Tucker | INV_00010305 - INV_00010311 | *See* Indictment ¶¶ 5-6 (explaining nature of conspiracy to promise loans in exchange for advance fee that would be held in escrow). | 1, 4, 5, 10, 13, 14 |
| 50 | Adarrin Smith | 7/17/2019 | | Smith and McGee | Email from Smith to McGee regarding Stabilization of Funding Program, stating "As we remain in compliance while stabilizing our funding program, it has been brought to our attention that we have NOT successfully filed UCCs on non-real estate/unsecured loans. Over the past 45 days, we have underwritten nearly 100,000,000 in deals with MULTIPLE businesses. As we remain in compliance while stabilizing our funding program, it has been brought to our attention that we have NOT successfully filed UCCs on non-real estate/unsecured loans. Over the past 45 days, we have underwritten nearly $100,000,000 in deals with MULTIPLE businesses." | 4TS_0000650- 4TS_0000651; INV_00009284 - INV_00009285 | Smith is defendant in 25-cr-25-DDD | 1, 3, 5, 6, 9 |
| 51 | William Drennen | 7/18/2019 | | McGee and Smith | Loan Agreement between Branded Asset Management and WTD Oil & Gas - signed by McGee, Smith, Reese, and Drennen | INV_00008355 - INV_00008361 | *See* Indictment ¶¶ 5-6 (explaining nature of conspiracy to promise loans in exchange for advance fee that would be held in escrow). | 1, 4, 5, 10, 13, 14 |
| 52 | Al Canzater | 7/23/2019 | 1/5/2020 | McGee, Canzater, and Smith | Emails between McGee and others re purchase of financial instruments, and that the products McGee purchased ended up having no value. McGee states that she lost "nearly $1,000,000" that Bacon had sent to First American financial, which all came from victim advance fees not held in escrow. Examples of statements include:<br><br>McGee 8/22/19 email: "ALL GROUPS/INDIVIDUALS INVOLVED have until next Wednesday to send receipts for two $30m SBLC and a $50m SBLC or we will notify the authorities of this nice Ponzi scheme you have going on. We do NOT want the third party Barclaays in Kenya BS because that is NOT what we asked for and not what we paid for!<br><br>McGee 9/17/19 email: "The GARBAGE that was sent didn't even have our name on it. This has become absurd and ridiculous and I believe we need to get the authorities involved so we can recover our loss."<br><br>McGee 9/19/19 email: "We do not wish to have instruments cut from Nater & Associates not 1st American. We want a refund of the monies we have paid for and DID NOT receive. . . . The MT799 that didn't even contain our information that cost us$292,500. The Barclays of Kenya instrument was yet ANOTHER erroneous item in which Nater & Associates stated it would be a Barclays UK instrument. We did not pay for this type of instrument! This cost our company $674,000."<br><br>McGee 9/19/19 email: "We don't want the instruments from Paul and 1st American... we just want our money back. They have stolen nearly $1,000,000 from us and we paid Lamont directly for the one he is cutting now." | FAF_00000004- FAF_00000051 | *See* Indictment ¶ 12 (escrow money used for other purpose; purchasing financial instruments). | 1, 3, 4, 5, 9, 14 |
| 53 | Michael Sumerford | 7/23/2019 | | McGee | Email between Sumerford and McGee regarding covering expenses related to the deal. | INV_00010300 - INV_00010301 | | 1, 7, 8, 10 |
| 54 | Al Canzater | 7/23/2019 | 1/5/2020 | McGee, Canzater, and Smith | Email chain between Canzater, McGee and First American Financial individuals | INV_00013846- INV_00013893 | *See* Indictment ¶ 12 (escrow money used for other purpose; purchasing financial instruments). | 1, 3, 4, 5, 9, 14 |
| 55 | Christina Dam | 8/5/2019 | | McGee | Letter signed by McGee to Christina Dam (NYLA) regarding a funding update, "We anticipate complete 100% funding near the end of September." | INV_00005531 | *See* Indictment ¶ 13 (describing use of letters to further scheme) | 1, 3, 5, 7, 8, 9, 10, 11 |
| 56 | Tiffany Dillon | 8/11/2019 | | McGee | Internal communication about BAMG 2019 Final Quarter & 2020 Products, discussing types of loans that BAMG will offer and roles of other conspirators and employees | BAM_00000002- BAM_00000004 | *See* Indictment ¶ 12. | 2, 5, 11, 12, 13 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 57 | Michael Sumerford | 8/20/2019 | | McGee | Email between Sumerford and McGee regarding release of escrow; McGee responds "Michael, I'm reading through my emails and working on this now. I'm still not medically cleared as of yet and I truly apologize for the delay in responding. I am on this now and my condolences on the loss of your father." | INV_00010162 - INV_00010164 | *See* Indictment ¶ 14-15 (describing false statements related to delays to further the scheme) | 1, 4, 7, 8, 10, 14 |
| 58 | Christina Dam | 8/23/2019 | 9/11/2019 | Bacon | Email from Dam to Bacon requesting status of funding, email chain indicates Dam is unable to get a hold of McGee or Smith; Bacon responds with "They are in a meeting is what I was told. I have been busy this morning on my own stuff and honestly have not had the time to try. A client told me just now that he was told that. I will reach out to them in the next few minutes and see if I can get them. I will let you know." Ultimately Dam does not hear from McGee or Smith and states "Our escrow investor has informed us that he must have his $1.5m back by Friday the 13th or he will start legal proceedings and full investigation on everyone involved in this matter. We are currently working with Branded to have them get that money back. I will keep you posted on updates." | INV_00005757 - INV_00005758 | *See* Indictment ¶ 14-15 (describing false statements related to delays to further the scheme) | 1, 4, 7, 8, 10, 14 |
| 59 | Ian Dunsdon | 8/26/2019 | | McGee and Bacon | Escrow Agreement between Dunsdon and Bacon/First Title, signed by both Dunsdon and Bacon | INV_00006003 - INV_00006013 | *See* Indictment ¶¶ 5-6 (explaining nature of conspiracy to promise loans in exchange for advance fee that would be held in escrow). | 1, 4, 5, 10, 13, 14 |
| 60 | Michael Sumerford | 9/3/2019 | | McGee | Email chain between Sumerford, Tucker, McGee and Canzater. In the chain, McGee states "Aaron, Good morning! I am 95% done on the commitment letter and need the release schedule for Beaver Lake Industrial Park. What we will do is keep the funds in our trust account and adhere to the release schedule which will be very easy for the client and our internal system to manage." | INV_00010129 - INV_00010131 | *See* Indictment ¶ 14-15 (describing false statements related to delays to further the scheme) | 1, 4, 7, 8, 10, 14 |
| 61 | Christina Dam | 9/11/2019 | | McGee | Commitment Letter to Dam emailed to and signed by McGee | INV_00005562 - INV_00005569 | *See* Indictment ¶ 13 (describing use of commitment letters to further conspiracy/scheme). | 1, 4, 5, 10, 13, 14 |
| 62 | Christina Dam | 9/20/2019 | | Smith and McGee | Letter to all applicants, private lending partners, mortgage partners, title agents, relators and legal counsel (this letter was provided by Dam) regarding delay in funding. Letter is signed by Smith; per the document history, the letter was created by McGee and emailed to Smith | INV_00005577 - INV_00005579 | *See* Indictment ¶ 13 (describing use of letters to further conspiracy/scheme). | 1, 4, 5, 10, 13, 14 |
| 63 | Michael Sumerford | 9/25/2019 | | Canzater | Email chain between Canzater, Smith, McGee, Sumerford, and Tucker in which Canzater states "Hi Mike, Please obtain a Payoff from the Bank effective Monday 9/30/19. We will assist in 2 phases not to exceed $6mm. We will pay off the Bank early next week and provide additional funds the latter part of next week." | INV_00010120 - INV_00010121 | *See* Indictment ¶ 14-15 (describing false statements related to delays to further the scheme) | 1, 4, 7, 8, 10, 14 |
| 64 | Tiffany Dillon / Addarin Smith | 9/26/2019 | | McGee | Email from McGee to Bacon with Dillon and Smith cc'd requesting payroll to be sent to 4TS | 4TS_0000687 | *See* Indictment ¶ 12 (escrow money used for other purpose; Bacon payroll processed from victim money instead of holding in escrow). | 1, 3, 4, 5, 9, 14 |
| 65 | Tiffany Dillon / Addarin Smith | 10/1/2019 | | McGee | Email chain from McGee to Bacon and Dillon with Smith cc'd requesting Bacon send funds to 4TS immediately for payroll [note, matches bank records] | 4TS_0000698- 4TS_0000699 | *See* Indictment ¶ 12 (escrow money used for other purpose; Bacon payroll processed from victim money instead of holding in escrow). | 1, 3, 4, 5, 9, 14 |
| 66 | Al Canzater | 10/1/2019 | 10/30/2019 | Canzater | Email chain related to the Beaver Lake Industrial Park between Canzater, Sumerford, Tucker, and McGee; Canzater states "Good speaking with you today and below and attached is the email of the previous payoff that was received from Craig Littleton. I would greatly appreciate your providing a Payoff as of 11/15/2019 as we plan close close out the existing loan in full." | INV_00010106 | *See* Indictment ¶ 14-15 (describing false statements related to delays to further the scheme) | 1, 4, 7, 8, 10, 14 |

United States' James Log

United States v. McGee and Bacon, 23-cr-472-DDD

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 67 | Michael Ballard | 10/9/2019 | 3/12/2020 | Canzater, Bacon, McGee, and Smith | Emails between Ballard, Bacon, McGee, Canzater and others discussing the Ballard deal, status of escrow money, closing of loan, and return of escrow money, a few excerpts summarizing phone calls with conspirators are below:<br><br>Noted two emails from Ballard's attorney to McGee, Canzater, and Bacon on 3/3/2020 that stated:<br><br>'Al just called me from Branded. He insisted repeatedly that Branded will provide authorization to return the escrowed funds by this Friday. If it doesn't happen by then, we will begin legal action and will not look back until all aspects of this transaction have seen the full light of day before a judge."<br><br>Noted an email from Ballard to Bacon, McGee, Canzater and Ballard's attorney on 2/27/2020 that stated:<br><br>"Sandy, Thank you for confirming that you received my recent letter and that Branded will repay my funds by Monday or Tuesday." | INV_00016607-INV_00016785- | As of 2/27/2020, the balance in the NFCU First Title accounts were ~$14.7k; Ballard rec'd $135,000.00 on 3/12/2020 after OPM Green Energy's escrow deposit of $450,000.00 on 3/11/2020 | 1, 3, 5, 7, 8, 9, 10, 12, 13, 14 |
| 68 | Christina Dam | 10/10/2019 | | Bacon | Email chain between Deb Pierson and Christina Dam (NYLA) and Smith, Bacon, and Marius (McGee) regarding target dates and false promises. Pierson and/or Dam is expected to testify about phone calls they had with Bacon that are summarized in email. | INV_00005532 - INV_00005533 | *See* Indictment ¶ 14-15 (describing false statements related to delays to further the scheme) | 1, 4, 7, 8, 10, 14 |
| 69 | Michael Sumerford | 10/30/2019 | | Canzater | Email from Tucker to McGee, Canzater, and Sumerford after Canzater fails to deliver promised money stating "Al, I understand the payoff will be today, not November 15. We plan to ask for our deposit back tomorrow if not paid as promised. You have postponed everything since July. If not paid today, I think this is another delaying tactic. I will pay any outstanding interest that is owed if this is not the correct amount. What are your plans on this payoff?" | INV_00010104 - INV_00010105 | *See* Indictment ¶ 14-15 (describing false statements related to delays to further the scheme) | 1, 4, 7, 8, 10, 14 |
| 70 | Sarah Anderson | 10/31/2019 | 12/2/2019 | Canzater and Bacon | Email from Canzater to Bacon, McGee, Smith, Tucker, and others stating "Hello Ms. Sandy, Please accept this email as a Letter of Official Notification that Beaver Lake Industrial is to be Refunded their Escrow Deposit ONLY if their Loan Request is not funded by November 15th 2019. I understand this is an exception to our policy and if a Escrow Deposit is to occur, I will provide appropriate paperwork as per our Standard Procedures. The Client and all Officers are copied on this notification." The email is forwarded to Bacon noting that Al authorized the release of funds; Bacon responds "Michael, Second paragraph where he says he will provide appropriate paperwork. That is what I have to have. If I don't have it they can say I stole their funds. Please understand I am in a position where I am trying to cover my butt as well as yours." | INV_00010024 - INV_00010025 | *See* Indictment ¶ 19 (describing false statements by Bacon about needing authorization when in reality no money left in escrow) | 1, 4, 8, 9, 10, 13, 14 |
| 71 | Michael Sumerford | 10/31/2019 | | Canzater | Email from Tucker to Sumerford, McGee, Bacon, and Canzater stating "As I understand the agreement, the escrow funds were to be released on my request, and no other authority was needed after the contract expired (August 15, 2019). Please release the funds as instructed." | INV_00010101 | *See* Indictment ¶ 19 (describing false statements by Bacon about needing authorization when in reality no money left in escrow) | 1, 4, 8, 9, 10, 13, 14 |
| 72 | Michael Sumerford | 10/31/2019 | | Bacon | Email from Sumerford to McGee, Canzater, Bacon, and Tucker stating "Christina, I just hung up with Sandy. She said she requested you to send me an escrow release form this morning. I have not received it yet. I need that immediately so I can execute it and get it back to get release of funds." | INV_00010102 | *See* Indictment ¶ 19 (describing false statements by Bacon about needing authorization when in reality no money left in escrow) | 1, 4, 8, 9, 10, 13, 14 |
| 73 | Al Canzater | 10/31/2019 | 11/15/2019 | Canzater | Email from Canzater to Bacon and includes McGee, Tucker, Sumerford, and Smith. The email states "Hello Ms. Sandy, Please accept this email as a Letter of Official Notification that Beaver Lake Industrial is to be Refunded their Escrow Deposit ONLY if their Loan Request is not funded by November 15th 2019. I understand this is an exception to our policy and if a Escrow Deposit is to occur, I will provide appropriate paperwork as per our Standard Procedures. The Client and all Officers are copied on this notification."<br><br>The chain continues by Sumerford who emails Bacon "Good Morning Sandy, I hope this email finds you feeling a little better. Per Al's email below we were to fund or refund today. Unfortunately to our disappointment he was not able to obtain the funds. We were hoping and looking forward to working with you group. Please use this email as a request to wire our escrow money back to our checking account today. Thank you Sandy and I hope you get well soon."<br><br>Canzater then responds "Hi Mike, Spoke to Thomas a little earlier. We brought in some Funding muscle for Beaver and a few other Clients as we await release of Funds. Docs are being prepared and will be sent over to Today for closing on Monday and providing a little Cash." | INV_00010536-INV_00010538 | *See* Indictment ¶ 19 (describing false statements by Bacon about needing authorization when in reality no money left in escrow) | 1, 4, 8, 9, 10, 13, 14 |

United States' James Log

United States v. McGee and Bacon, 23-cr-472-DDD

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 74 | Sean Brennan | 11/1/2019 | 11/8/2019 | Brennan and Charles | Email chain that includes Brennan, Bacon, McGee, Canzater and Smith (Canzater and Smith get added to the chain) regarding funding status/delays. In the chain, Charles states "My apologies for your inconvenience, however you will have to speak with Christina Marius when she returns to the office on Tuesday for the funding information and dates." The chain ends with " It has become clear that Branded Asset has no intention of providing a mortgage loan to my client and has misappropriated my client's downpayment funds. Therefore, if I am not in receipt of the return of the downpayment via wire by Tuesday, November 12th (wire instructions attached), I intend to notify the New York State Attorney General's office as well as the Kings County District attorney. I will be asking them to name Branded Asset as well as the individuals at Branded Asset on this email chain personally as result of their complicit and intentional perpetration of fraud and grand larceny against my client. We will also be filing a complaint in the Eastern District Federal Court seeking damages including but not limited to compensatory damages, actual damages, legal fees and punitive damages for Branded Asset's willful and fraudulent representations made to my client." | INV_00005840 - INV_00005859 | | 3, 4, 8, 9, 14 |
| 75 | Al Canzater | 11/9/2019 | | Canzater | Email from Canzater to Bacon, Smith, McGee, Brennan, and Charles regarding McGee's leave of absence | INV_00005860 | | 3, 4, 8, 9 |
| 76 | Michael Sumerford | 11/15/2019 | 11/16/2019 | Bacon | Email chain between Bacon and Sumerford where Bacon states "Michael, Don't be hasty to pass on this deal. I have seen the POF letter. This can be done quickly. This is what you guys need. I will do what you have asked but I think it is a mistake. Give Al a chance to get back to you. We have lives outside of work and on a Friday night maybe Al had family obligations. Just like at game time today I don't want to be working!!" | INV_00010068 - INV_00010070 | | 1, 3, 7, 8, 10, 12, 13, 14 |
| 77 | Michael Sumerford | 11/15/2019 | | Canzater | Email chain between Sumerford, Bacon, McGee, Smith, Canzater, Tucker, and others where Sumerford states "Hello Ms. Sandy, Please accept this email as a Letter of Official Notification that Beaver Lake Industrial is to be Refunded their Escrow Deposit ONLY if their Loan Request is not funded by November 15th 2019. I understand this is an exception to our policy and if a Escrow Deposit is to occur, I will provide appropriate paperwork as per our Standard Procedures. The Client and all Officers are copied on this notification." Canzater responds "Hi Mike, Spoke to Thomas a little earlier. We brought in some Funding muscle for Beaver and a few other Clients as we await release of Funds. Docs are being prepared and will be sent over to Today for closing on Monday and providing a little Cash." | INV_00010088 - INV_00010090 | | 1, 7, 8, 14 |
| 78 | Al Canzater | 11/18/2019 | 11/19/2019 | McGee | Email chain between McGee, Bacon, Canzater, Smith, Tucker, and others where a call between McGee and Tucker is requested; McGee responds "I would love to. I will be in the office in 45 minutes. I had a family emergency and found out that Mike Renee possibly has pneumonia so I am on the phone with doctors right now." | INV_00010051 - INV_00010052 | | 1, 4, 7, 8, 10, 14 |
| 79 | Michael Sumerford | 11/18/2019 | | Canzater | Email from Sumerford to Canzater, Bacon, McGee, Smith, Tucker, and others stating "Sandy, After repeated attempts to reach Al and receiving no feedback. Please release our funds immediately upon receipt of this email. We tried and really wanted to see this transaction to its conclusion. Also, please send me deposit confirmation the funds are there as of today. Thank you Sandy." | INV_00010067 | | 1, 7, 8, 14 |
| 80 | Al Canzater | 11/19/2019 | | Canzater | Email to McGee, Bacon, Smith, Canzater, Tucker and others stating "All, Mr. Tommy has spoken with Christina and apparently the close date has been moved again. He has requested from her for all escrow funds to be returned today. We were promised by Al they would be released Friday, 11/15/2019. Al expressed he would have us closed and funded by Monday 11/18/2019. Now today Christina expressed to Mr. Tommy they hoped to have it closed by Friday, 11/22/2019. We have done everything you have asked us to do. We have spent in excess of 100K on the instructions of Christina and Al and have no closing to show for it. Mrs. Sandy, please get the funds back to us today so we can make our payment to the bank. Thank you and we look forward to receiving this today." | INV_00010046 - INV_00010047 | | 1, 7, 8, 14 |
| 81 | Al Canzater | 11/21/2019 | | Canzater | Email from Canzater to Bacon, McGee, Tucker, and others stating "Hello Tommy, Your request for the return of Deposit has been received and in process. Please accept our apologies for the unfortunate Funding Delays. Ms. Sandy is currently encountering some health issues and will get your refund to you as soon as she can do so. I was informed that the Funder that we brought in on short notice was not to your approval. I have taken this disappointing matter personally and would appreciate the opportunity to make it up to you and assist you in the future. Again, our apologies." | INV_00009917 - INV_00009918 | | 1, 7, 8, 14 |
| 82 | Al Canzater | 11/21/2019 | 11/26/2019 | Canzater | Email from Canzater to Tucker, McGee, Bacon, and others regarding return of escrow. | INV_00010036 - INV_00010037 | | 1, 7, 8, 14 |
| 83 | Al Canzater | 11/21/2019 | | Canzater | Email from Tucker to McGee, Canzater, Bacon and others stating "Al, It's not that I disapproved of the lender, it's that I couldn't afford more delays. Every week it's a new date for next Monday that drags until Friday then it's back to Monday. It also didn't help any that your lender is a convicted felon for embezzlement and other charges. I would like for you to fund the project but I don't think you can do it based on all of the delays. I have to have the escrow back to put out the current fires." | INV_00010042 - INV_00010043 | | 1, 7, 8, 14 |
| 84 | Patrick Padberg / Al Canzater | 11/22/2019 | | Canzater | BAMG loan requirements provided to Patrick Padberg | INV_00004999- INV_00004999 | | 1, 7, 9, 11 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 85 | Richard Garza | 11/25/2019 | 12/31/2021 | Bacon | Bacon text messages with Garza about status of advance fee, duties as escrow agent, what McGee has told her about funding, efforts Bacon has made to line up funding, return of money supposedly in escrow, and timeline for repaying victim's advance fee both before and after commencement of litigation by Steelhead investor | RG_00000736-RG_00001132 | | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14 |
| 86 | Al Canzater | 11/27/2019 | | Canzater | Email from Canzater to Tucker, McGee, Bacon, and others stating "Hello Tommy & Mike, Our apologies for the delays and interruptions that we have encountered. I also know that getting you funding is much more important than getting you the return of the Deposit. That is why I have pushed to get the attached in place for you. The funds have been set aside and please see the attached DRAFT OF AGREEMENT and let me know if this works for you. If all is OK I will have it put on BAMG letterhead." Tucker responds "Al, There is no way I will sign an agreement like this. Please return my escrow funds now. If you are holding them for future agreement, forget it. Return my funds now. I am tired of asking for the return of my escrow funds. My next step is to file a formal complaint to Virginia officials." | INV_00010030 - INV_00010031 | | 1, 7, 8, 14 |
| 87 | Richard Garza | 11/28/2019 | | McGee | Introductory Proposal of Terms and Funding signed by McGee and provided to Steelhead, with proposal listing expiration date of 11/28/2019 | RG_00000682-RG_00000688; INV_00004962-INV_00004968 | | 1, 7, 9, 11 |
| 88 | Al Canzater | 11/29/2019 | | Canzater | Email to Bacon, Canzater, McGee, Smith, Tucker and others stating "Sandy and Al, The below email was sent out on Oct. 31st. We are now at Nov. 29th and we still cannot get anyone to give us our money back per Al's instructions or contact us about the escrow, so we can only assume it has been stolen. I do not know what is going on, but I am filing the proper paper work in Virginia, Texas and Nevada today and report the funds stolen." | INV_00010027 - INV_00010028 | | 1, 7, 8, 10, 14 |
| 89 | Richard Garza | 12/2/2019 | | McGee and Bacon | Escrow agreement related to Victim 5 advance fee | RG_00000725-RG_00000735 | *See* Indictment ¶¶ 5-6 (explaining nature of conspiracy to promise loans in exchange for advance fee that would be held in escrow). | 1, 4, 5, 10, 13, 14 |
| 90 | Tiffany Dillon | 12/11/2019 | | McGee | From McGee to Ramon, Charles, Bunag with Bacon and Brennan cc'd regarding Christmas bonuses. McGee states "I am copying Mrs Sandy on this email because I PROFESSIONALLY and PERSONALLY have learned so much from such an amazing woman and I feel we are are ALL blessed because of her" | 4TS_0000852 | | 1, 2, 3, 6, 11 |
| 91 | Al Canzater | 12/17/2019 | | Canzater | Email correspondence between Finland Financial and Canzater, McGee, and Dillon. Email expresses displeasure with the funding process and Canzater replies with "We truly understand the Clients frustration and can only apologize as we are diligently reorganizing some of our operations in order to better serve clients." | 4TS_0001035 | | 7, 8, 9, 14 |
| 92 | Richard Garza | 12/19/2019 | | McGee | Commitment Letter from McGee to Steelhead renewing commit to fund loan, extending funding dates, and providing updated closing information | INV_00002558-INV_00002564; RG_00001136-RG_00001142 | *See* Indictment ¶ 13 (describing use of letters to further scheme) | 1, 3, 5, 7, 8, 9, 10, 11 |
| 93 | Patrick Padberg / Al Canzater | 12/20/2019 | | Canzater | Gold Key Marketing brochure provided to Patrick Padberg | INV_00004992-INV_00004998 | | 1, 7, 9, 11 |
| 94 | Tiffany Dillon / Al Canzater | 12/23/2019 | | Canzater | Forwarded email from Myers regarding "Escrow Account Refund Request" that was sent from Canzater to McGee, Bacon, Charles, & Dillon | 4TS_0000867-4TS_0000868 | | 1, 7, 8, 10, 14 |
| 95 | Al Canzater | 12/23/2019 | | Canzater | Email from Canzater to McGee, Bacon, Dillon, Charles, and Morrow regarding "Accounting of Funds Received and Sent". Canzater states "If an action was performed by you based on a verbal conversation and you do not have documentation to support that action you will be required to state that in writing and to know that in the future to perform any such request or action must be put in writing NO EXCEPTIONS" | 4TS_0001036-4TS_0001037 | | 3, 8, 13 |
| 96 | Al Canzater | 12/23/2019 | | McGee and Bacon | Email chain between Canzater, McGee, Dillon, Bacon and others regarding payments made to and from Cheryl Meyers | 4TS_0001038-4TS_0001039 | | 1, 3, 4, 8, 13, 14 |
| 97 | Tiffany Dillon / Al Canzater | 12/26/2019 | 12/27/2019 | Canzater | Email from Dillon to McGee and Canzater regarding employee payments and 1099s | 4TS_0000861-4TS_0000866 | | 4, 5, 14 |
| 98 | Richard Garza | 12/27/2019 | | McGee | Letter stating that Steelhead funding would be delayed based on "unclear, defined path" identitifed during "internal mitigating risk procedural assessment" | INV_00002566; RG_00000061 | *See* Indictment ¶ 13 (describing use of letters to further scheme) | 1, 3, 5, 7, 8, 9, 10, 11 |
| 99 | Richard Garza | 12/27/2019 | | McGee | Letter stating that Steelhead funding would be delayed while McGee's company completed acquisition of a financial institution | INV_00002569-INV_00002570 | *See* Indictment ¶ 13 (describing use of letters to further scheme) | 1, 3, 5, 7, 8, 9, 10, 11 |
| 100 | Richard Garza | 12/27/2019 | | McGee | Email transmitting funding letter, from McGee to Steelhead team | RG_00000689-RG_00000690 | *See* Indictment ¶ 13 (describing use of letters to further scheme) | 1, 3, 5, 7, 8, 9, 10, 11 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 101 | Michael Ballard | 12/30/2019 | | Bacon | Confirmation of receipt of escrow from Bacon to Michael Ballard | INV_00017212 | | 1, 4, 7, 10, 11, 14 |
| 102 | Tiffany Dillon / Al Canzater | 1/4/2020 | | Canzater | On January 4, 2020 Canzater emails Bacon, Dillon, and McGee requesting receipts for funds received and sent by either Bacon or Dillon to all parties on behalf of Branded | 4TS_0000198 | | 1, 4, 5, 14 |
| 103 | Sean Brennan | 1/6/2020 | | Brennan | Email from Brennan to McGee, Canzater, and others regarding the Dunsdon file | INV_00005974 | | 1, 4, 5, 7, 8, 14 |
| 104 | Richard Garza | 1/10/2020 | | McGee | Letter from McGee stating that BAMG was acquiring financial institution:<br><br>Dear Richard Garza and Don Raper,<br>We appreciate your patient during our time of funding transition. The purpose of this letter is to provide an updated closing<br>protocol. We are in the process of acquiring a financial institution in which Steelhead Midstream, L.L.C is listed as one of<br>the initial clients to receive funding through the acquisition in the amount of $8,500,00 with an additional<br>$2,000,000 line of credit attached for growth implementations. The funds have been allocated and currently in transition<br>with the acquisition. Our goal is to have this initial project completely funded by January 17, 2020.<br>If you have any questions, please do not hesitate to call my office directly at 281-310-6677<br>Christina Marius | RG_00000675 | *See* Indictment ¶ 13 (describing use of letters to further scheme) | 1, 3, 5, 7, 8, 9, 10, 11 |
| 105 | Sean Brennan | 1/14/2020 | | McGee | Email from McGee to Brennan, Canzater, and others regarding the Dunsdon file, specifically McGee states "Hi Alice, We will respond by the end of business day. My apologies for the delay as I was away of family leave." | INV_00005977 | | 1, 4, 5, 7, 8, 14 |
| 106 | Ian Dunsdon | 1/14/2020 | | McGee | Funding letter from McGee stating "We appreciate your patient during our time of funding transition. The purpose of this letter is to provide an updated<br>closing protocol. We are in the process of acquiring a financial institution in which Dunsdon Enterprises, LLC - 165 Lakeside Rd, Hewitt, NJ 07421 is listed as one of the initial clients to receive funding through the acquisition in the amount of $1,865,000. The funds have been allocated and currently in transition with the acquisition. Our goal is to have this initial project completely funded by January 31, 2020." | INV_00006033 - INV_00006034 | *See* Indictment ¶ 13 (describing use of letters to further scheme) | 1, 3, 5, 7, 8, 9, 10, 11 |
| 107 | Tiffany Dillon | 1/15/2020 | | Bacon | Email from Dillon to Bacon requesting Bacon to send "all amounts sent directly to Mr Adarrin Smith and any other employee directly". Bacon responds with "I will try to get the numbers to you later today" | 4TS_0000989-4TS_0000990 | | 1, 4, 5, 14 |
| 108 | Sean Brennan | 1/21/2020 | | McGee | Email from McGee to Brennan, Dunsdon, and others regarding closing, specifically, the email states "We are extremely excited to finally work towards closing on this deal. Our partner company is in the process of acquiring a bank which has literally placed us in a holding pattern for closing our last few loans of 2019 and has placed limitations for a temporary period of 7-10 days. We have already allocated $15m to close these deals and have them off our books. Mr. Dunsdon has been extremely patient and to my understanding, his projects are geared towards real estate investing. As an added bonus, I am requesting and separate $250-$500k LOC for any smaller projects from the bank that will have a debit card attached. This is the least we can do and will issue after the delay. Please feel free to reach out via phone or text: My office line accepts text messages as well and follows after hours. I am recovering from the death of my 93 year old grandmother and working longer hours to focus on other things. If you call and do not get me, leave a message." | INV_00005982 | | 1, 4, 5, 7, 8, 14 |
| 109 | Ian Dunsdon | 1/22/2020 | 2/20/2020 | McGee | Text messages between Dunsdon and McGee regarding confirming the closing date and return of escrow, stating "Just checking on the status of the escrow return.<br>Sandy Bacon at First Title is just waiting for a sign off from Branded Asset. Are you able to provide that to her today?" | INV_00006017 - INV_00006018 | | 1, 4, 5, 7, 8, 14 |
| 110 | Tiffany Dillon / Al Canzater | 1/27/2020 | | McGee | Email correspondence between Dillon, McGee, and Canzater re: 1099 for Home Star Housing LLC | 4TS_0000930 | | 2, 3, 4, 5 |
| 111 | Jack Steinhauser | 1/28/2020 | 5/7/2020 | McGee | Text messages from McGee providing funding updates to Steinhauser and various reasons for delayed return of escrow and funding | INV_00003530-INV_00003537 | | 1, 4, 5, 7, 8, 10, 11, 14 |
| 112 | Jack Steinhauser | 1/28/2020 | 5/7/2020 | McGee | Text string between McGee and Steinhauser | INV_00013988 INV_00013893 | | 1, 4, 5, 7, 8, 10, 11, 14 |
| 113 | Tiffany Dillon / Al Canzater | 1/29/2020 | | Canzater | On January 29, 2020 Dillon emails McGee and Canzater a listing of employees; correspondence continues regarding the alleged stolen funds from Smith and notes that "his W2 needs to reflect ALL FUNDS sent by you and Sandy." | 4TS_0000166-4TS_0000173 | | 1, 4, 5, 14 |
| 114 | Patrick Padberg | 1/29/2020 | | McGee | 1st Allegiance Proposed Underwriting Marketing Materials | INV_00005028-INV_00005037 | | 1, 7, 9, 11 |

United States' James Log

United States v. McGee and Bacon, 23-cr-472-DDD

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 115 | Sean Brennan / Ian Dunsdon | 2/3/2020 | | McGee | Email chain between Dunsdon, Brennan, McGee, and Canzater regarding requesting a return of escrow due to lack of funding. | INV_00006027 - INV_00006028 | | 1, 4, 5, 7, 8, 10, 11, 14 |
| 116 | Michael Morrow | 2/3/2020 | 4/21/2020 | McGee | Various emails that include Morrow, McGee, Bacon, and others discussing setting up banks and closing deals. For example:<br><br>There are several emails in the chain regarding establishing a website/portal for banks to enroll for lending purposes, for example on 4/2/2020, McGee emails Morrow the following:<br><br>"We definitely will need to begin improvising and setting up our own documents. Also, the documents can have a signature area placed in the custom documents. My issue is that for the working capital loans, we need to setup our own fields in the software for the information we need. I will send a separate email for that because we need milestones established for project funding. I have some links we need to setup ASAP for this." | INV_00008835 | Note - Sandy has a Branded Asset email <sandy.bacon@brandedassetmg.com> | 4, 5, 6, 9, 11, 13 |
| 117 | Jack Steinhauser | 2/4/2020 | 4/15/2020 | McGee | Text messages from McGee to Steinhauser and Don Raper providing funding updates and lulling excuses for delays in return of escrow and funding | INV_00003641- INV_00003647 | | 1, 4, 7, 8, 9, 10, 11, 12 |
| 118 | Sean Brennan | 2/4/2020 | | Brennan | Email to McGee, Bacon and Canzater requesting a return of escrow for the Dunsdon deal. | INV_00005983 | | 1, 4, 7, 8, 10, 11, 12 |
| 119 | Jack Steinhauser / Don Raper | 2/4/2020 | 4/15/2020 | McGee | Text string between McGee, Raper, and Steinhauser | INV_00014099- INV_00014102 | | 1, 4, 7, 8, 9, 10, 12, 13, 14 |
| 120 | Sarah Anderson | 2/5/2020 | 2/10/2020 | McGee | Email chain between McGee, Tucker (added to Chain) and others regarding closing the deal and discussing terms on a conference call. | INV_0009921 - INV_0009933 | | 1, 4, 7, 8, 10, 11, 12 |
| 121 | Sean Brennan / Ian Dunsdon | 2/7/2020 | 2/28/2020 | Brennan | Email chain between Brennan, Dunsdon, McGee, Canzater, and Bacon regarding Escrow refund:<br>On 2/7/2020 Dunsdon wrote: "Hi Al, The escrow agent Sandy Bacon is waiting for either you or Christina to sign off on the escrow deposit return before she can send the wire transfer. Please contact her as soon as possible please."<br><br>On 2/21/2020 Dunsdon wrote: "Sandy, I spoke to Al yesterday afternoon, he assured me I was in the line to have escrow funds released today. Please send me confirmation of wire transfer once it has been done today."<br><br>On 2/21/2020 Brennan wrote: "Al and Christina, Please give us an update on the status of Mr. Dunsdon return of escrow. It is my understanding that Al spoke to Mr. Dunsdon yesterday. Please have this expedited so that Mr. Dunsdon can move on to other projects. This has caused great stress on Mr. Dunsdon and everyone involved."<br><br>On 2/28/2020 Brennan wrote: "Al and or Chris-na, Please provide an update with update on Mr. Dunsdon escrow money being returned. He has requested his money to be returned a few weeks ago at this point and wants to put this behind him. Please respond." | INV_00006019 - INV_00006026 | | 1, 4, 5, 7, 8, 10, 11, 14 |
| 122 | Richard Garza | 2/12/2020 | | McGee | Unsigned letter from McGee stating that Steelhead will receive "a Bridge loan for $15 million through The Oxford Group" and discussing return of escrow money and loan closing | INV_00004948- INV_00004948 | *See* Indictment ¶ 13 (describing use of letters to further scheme) | 1, 3, 5, 7, 8, 9, 10, 11 |
| 123 | Richard Garza | 2/12/2020 | | McGee | Signed letter from McGee stating that Steelhead will receive "a Bridge loan for $15 million through The Oxford Group" and discussing return of escrow money and loan closing, attached to email send from Christine Bunag and copying Marius as well as large group of others | INV_00004969- INV_00004972 | *See* Indictment ¶ 13 (describing use of letters to further scheme) | 1, 3, 5, 7, 8, 9, 10, 11 |
| 124 | Patrick Padberg | 2/19/2020 | | McGee | Email from McGee showing use of multiple email addresses and obtaining from Bacon proof of insurance and then forwarding proof to Padberg | INV_00004934- INV_00004938 | | 1, 8, 10 |
| 125 | Patrick Padberg | 2/20/2020 | | McGee | McGee states she can send referral of other lending deal she has done, but states that "NO ONE should contact these clients" | INV_00004940- INV_00004942 | | 1, 4, 7, 10, 12 |
| 126 | Ian Dunsdon | 2/21/2020 | 3/18/2020 | Bacon | Text messages between Dunsdon and Bacon regarding return of escrow | INV_00006035 - INV_00006040 | | 1, 7, 8, 9, 10, 12, 14 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 127 | Richard Garza | 2/21/2020 | 2/22/2020 | McGee and Bacon | Emails from Bacon and McGee re Steelhead project<br>From Bacon:<br>I have also continually took the Steelhead calls 5-6 times a day until the calls became extremely threatening and there was nothing else I could say or do to pacify them. I explained to them that I cannot send them bank statements due to other clients confidentiality and is illegal to do so. We just need to get funds to give these people their money back . I am afraid to even go to the mailbox because I have two of them who have threatened to come to my home and one who has already sent their thug lawyer. This is completely out of control. Something has to happen quickly.<br><br>McGee in earlier email offers reasons for funding delays, including:<br>Since our interruption of funding due to the launching of the additional products we are offering, I have worked exhaustively with this group even during my time of bereavement.<br><br>When our legal team began their due diligence in January, there were multiple red flags in which we had to literally make these since of the organizational trail and corporate design that took 2 weeks. Since they, we filed the UCCs and are proceeding forward. | RG_00001319-RG_00001327 | | 1, 4, 5, 7, 8, 10, 11, 14 |
| 128 | Richard Garza | 2/22/2020 | | Bacon | Email between Garza and Bacon; Bacon discusses return of escrow:<br>My point to them was that they need to do the right thing and allow me to return the Escrow money when requested. They keep telling me we are just days away from sealing this bank deal. I am a total wreck and just want to do the right thing and have this all be over. From the bottom of my heart I am so very sorry. | RG_00001447-RG_00001457 | | 1, 4, 5, 7, 8, 10, 11, 14 |
| 129 | Richard Garza | 2/22/2020 | | Bacon | Email between Garza and Bacon; Bacon discusses return of escrow:<br><br>I have emailed Al and Christina for authorization to either return your money or allow other proof of funds. I will keep you updated on their<br>responses.<br>Sandy Bacon<br>Bacon Group Incorporated | RG_00001458-RG_00001469; RG_00001494-RG_00001505; RG_00001506-RG_00001518 | | 1, 4, 5, 7, 8, 10, 11, 14 |
| 130 | Richard Garza | 2/25/2020 | | McGee | Letter of preapproval for Steelhead loan from McGee providing updated funding and entity information | RG_00000001-RG_00000016 | | 1, 7, 9, 11 |
| 131 | Patrick Padberg | 3/8/2020 | | McGee | Email from McGee transmitting revised escrow agreement, with attachment of revised escrow agreement, for OPM Green Energy, and cc'ing Canzater and Bacon email addresses | INV_00004914-INV_00004933 | | 1, 4, 7, 10, 11 |
| 132 | Tiffany Dillon | 3/12/2020 | | McGee | Email from McGee to Dillon directing payroll payments for McGee and Canzater | 4TS_0001359 | *See* Indictment ¶ 12 (escrow money used for other purpose; Bacon payroll processed from victim money instead of holding in escrow). | 1, 3, 4, 5, 9, 14 |
| 133 | Jack Steinhauser / Don Raper | 3/13/2020 | 3/14/2020 | McGee | Text string between McGee, Raper, and Steinhauser | INV_00014103-INV_00014105 | | 1, 4, 7, 8, 9, 10, 12, 13, 14 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 134 | Richard Garza | 3/17/2020 | 3/18/2020 | McGee | Email from McGee to Steelhead brokers providing funding update:<br><br>This has been a very busy day internally as we are working diligently to get the funds transferred. As you know, we have dealt in the private lending industry and we cannot make any decisions or moves without financial institution authorization WHICH INCLUDES generating documents. Our banking partners are working with implementing all items in place. Everything is in legal review with Global Commerce and Everest who are working to complete everything on their ends to give us an approval to generate documents and release funds. They have already promised me that they will get everything completed by the end of today. I have five deals they're funding inclusively and these groups are eager to perform.<br><br>Also, these guys have been going through issues and briefings as related to the Corona Virus. I am trying to be accommodating without being pushy and they they cancel everything. My goal date has been Wednesday. As I am updated and given the green light, we will move forward. We have another mee[ng with our sobware company to make sure the documents have everything in place at 11am in the morning.<br><br>Chrissy Marius<br>President of Operations<br>chrissy@1stallegiance.com | RG_00001295-RG_00001296 | | 1, 4, 7, 8, 10, 14 |
| 135 | Tiffany Dillon / Al Canzater | 3/18/2020 | | Canzater | Email from Canzater to Bacon, McGee, and Dillon re: payment/refund to Z DATA | 4TS_0001010 | | 1, 4, 7, 8, 10, 14 |
| 136 | Tiffany Dillon / Al Canzater | 3/20/2020 | | McGee | McGee discusses her and Bacon's roles, as well as roles of others and company operations, as well as departure of Smith. She states that McGee and Bacon "did a good job on payroll and remitting payment for bills" and that they "do all the work, handle calls from 5am to midnight LITERALLY" and should be the ones making operational decisions. | 4TS_0000265 | *See* Indictment ¶ 12 (escrow money used for other purpose; Bacon payroll processed from victim money instead of holding in escrow). | 1, 3, 4, 5, 9, 14 |
| 137 | Al Canzater | 3/20/2020 | | McGee | Email chain from McGee to Canzater with Dillon and Bacon cc'd regarding how to operate. McGee states in the email "Sandy and I thought we did a good job at payroll and remitting payment for bills" and "If you cannot trust Sandy and I to do payroll and pay bills then we have a serious problem Each and every one of us is responsible to returning escrow paying bills and ensuring the staff is paid"; Canzater responds with the need to have structure moving forward | 4TS_0001012-4TS_0001013 | *See* Indictment ¶ 12 (escrow money used for other purpose; Bacon payroll processed from victim money instead of holding in escrow). | 1, 3, 4, 5, 9, 14 |
| 138 | Sarah Anderson / Al Canzater | 3/23/2020 | | McGee | Email from Tucker to McGee, Canzater, and others stating "Christina/Al: Where is Beaver Lake on closing or return of escrow. Everytime we are told the escrow will be returned, something comes up. Apparently you are loaning some money. Are we in this group. Do we get a draw on the loan or what? Please no more false hope replys. We have been waiting almost a year." | INV_00009911 | | 1, 4, 7, 8, 10, 14 |
| 139 | Sarah Anderson / Al Canzater | 3/23/2020 | | McGee | Email from McGee to Canzater and others; email was forwarded to Tucker. Email states "It is to my dad regret to inform everyone that Mrs Sandy Bacon has tested positive for COVID-19. She works diligently as our Escrow provider. We love her dearly and ask everyone to keep her in your thoughts and prayers.<br><br>Please be advised of the following:<br>1. All closing scheduled for the next two weeks will receive ONE deposit from loan proceeds instead of two (escrow & loan proceeds). Once Sandy is back, we will make the adjustments internally.<br>2. ONE deposit will include the loan amount and escrow. Your reserved payments escrow will be established upon her return and we will email you accordingly.<br>3. We ask all clients to refrain from contacting Mrs. Bacon and give her time to heal and completely recover.<br><br>For all closings, you will receive separate emails reviewing all documents and procedures accordingly.<br><br>We are praying for her speedy recovery." | INV_00009912 | | 1, 4, 7, 8, 10, 14 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 140 | Richard Garza | 3/23/2020 | | McGee | Email from McGee to Steelhead team re escrow and funding status:<br><br>Team Steelhead,<br>We just learned that Mrs. Sandy tested positi ve for COVID-19. I called Don personally as this was a heavy blow to us and me personally as I work closely with her. We will make the adjustments internally and are proactively working to do so. First, instead of receiving two deposits ... return of escrow and loan proceeds, we will make one deposit. These funds will arrive from our funding account which we will confirm tomorrow. We just need to make certain everyone is one the same page and make sure we work a financial budget to compensate for escrowed funds to come from loan proceeds. Tomorrow, I will work with Don to review all documents around lunch. Our IT Team has<br>worked diligently to ensure our documents flow properly from our lending entity. We have to discuss and make sure all pieces to the puzzle fit cohesively. Please allow us until tomorrow to make sure the flow is adjusted internally and I will work<br>with Don tomorrow on all documents. | RG_00000017-RG_00000018 | | 1, 4, 7, 8, 10, 14 |
| 141 | Richard Garza | 3/26/2020 | | McGee | McGee emails that she has lined up Lions Merchant Bank to fund Steelhead loan:<br><br>We have finally gotten everything in place for funding and the correct financial institution who will fund the deal through our financial partnership program. We are thoroughly going through the documents and it may take us a short time but will be completed as we read through everything.<br><br>Lions Merchant Bank will be the Lender and 1st Allegiance will be the servicing entity for files here in the US. All documents will reflect these. Don and I will work together as the documents come over to ensure we have everything proper.<br><br>Some items you will notice have changed including the loan amount. We made these adjustments based on the overages internally and have made the reflections on all documents. If you would like for us to decrease the loan amount we can just please provide the information accordingly. | RG_00001168-RG_00001169 | *See* Indictment ¶ 14-15 (describing false statements related to delays to further the scheme) | 1, 4, 7, 8, 10, 14 |
| 142 | Richard Garza | 3/26/2020 | | McGee | Email from McGee to Steelhead team re project address, which includes following:<br><br>We are in the final round and need the following information:<br>We need the address of the actual Greenco Project. If there isn't a location, there should be a lease agreement with a future date or a purchase contract in negotiation with an address. We cannot fund without a physical address of this magnitude. Please address this immediately. No lender can fund you on a project of this nature without this. Where is the equipment located that Ms. Tomlinson purchased? Please advise.<br>Thanks,<br>Chrissy Marius<br>President of Operations<br>chrissy@1stallegiance.com | RG_00001404-RG_00001405; RG_00000679-RG_00000681; RG_00001406-RG_00001408 | *See* Indictment ¶ 14-15 (describing false statements related to delays to further the scheme) | 1, 4, 7, 8, 10, 14 |
| 143 | Patrick Padberg | 3/27/2020 | | McGee | McGee provides by email reasons for delay:<br><br>I have been texting you and you?re not responding or calling. I tried to call you to show you a good resort over the weekend.<br><br>Sandy is working half days and sending an email now. I'm running thirty minutes late. | INV_00004980-INV_00004983 | *See* Indictment ¶ 14-15 (describing false statements related to delays to further the scheme) | 1, 4, 7, 8, 10, 14 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 144 | Richard Garza | 3/27/2020 | | McGee | Email from McGee to Steelhead brokers:<br><br>Hello everyone,<br>We have received the changes submitted by Don earlier today and will re-adjust the numbers which are in the queue to get rekeyed into the system. There were ques@ons as related to why there isn't a project location in place, where is the equipment housed AND the lender wants to be placed in 1st lien position when the property is purchased. I relayed this information to Don as compliance/risk review were asking as well. Processing is working on several files today and re-enter Steelhead back in the queue to get worked on. As soon as they are available, we will review and send items over. I am NOT working this weekend but will check to see if the documents are available. Processing will work this weekend.<br>Thanks,<br>Chrissy Marius<br>President of Opera@ons<br>chrissy@1stallegiance.com | RG_00000019 | *See* Indictment ¶ 14-15 (describing false statements related to delays to further the scheme) | 1, 4, 7, 8, 10, 14 |
| 145 | Richard Garza | 4/2/2020 | | McGee | Email from McGee to Steelhead brokers asking them to not contact her funding sources. Statements include:<br><br>"As I mentioned in previous conversa(ons, I specifically requested that the back end operations are to remain confiden(al. I did not feel the need to request NCNDAs based on the data.<br>I received an email from USD Mint in which Jack released information regarding our efforts. USD Mint does NOT fund projects directly nor do they get involved with the bank-project relationships I establish for groups to receive funding." | RG_00000021-RG_00000022 | | 1, 4, 7, 8, 10, 14 |
| 146 | Tiffany Dillon / Al Canzater | 4/7/2020 | | McGee | McGee discussing "phasing out Branded" business and creation of new 1st Allegiance Board, outlines roles of board members, and states that Branded had "good and not so good times" and that 1st Allegiance will use profits on "either funding deals or returning escrow" | 4TS_0000279 | | 3, 4, 5, 6, 11, 13 |
| 147 | Natalie Charles / Richard Garza | 4/10/2020 | | Charles | From: Natalie Swift <natalie@1stallegiance.com><br>Date: April 10, 2020 at 10:58:42 AM CDT<br>To: Don Raper ; Cc: Christine Bunag <c.bunag@brandedassetmg.com>, Chrissy Marius <chrissy@1stallegiance.com><br>Subject: Steelhead<br>Good Morning,<br>Just a note to inform you that the funds are available for your loan as scheduled and we thank you for your patience during this process. Our offices are closed today for Good Friday, however, we are only waiting for the equity verbiage from our Attorney to complete the document finalization and we will then proceed with funding.<br><br>Regards<br>Natalie Swift<br>VIce-President Business Development | RG_00001355-RG_00001356 | *See* Indictment ¶ 14-15 (describing false statements related to delays to further the scheme) | 1, 4, 7, 8, 10, 14 |
| 148 | Tiffany Dillon / Al Canzater | 4/17/2020 | | Canzater | Email from Canzater to McGee and Dillon regarding filing and registering 1st Allegiance corporate docs | 4TS_0000281 | | 1, 3, 4, 5, 6, 7, 10, 11, 13 |
| 149 | Richard Garza | 4/30/2020 | | McGee | Loan term sheet provided by 1st Allegiance to Steelhead | RG_00000691-RG_00000717 | | 1, 4, 7, 10 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 150 | Richard Garza | 5/1/2020 | | McGee | Email from McGee related to Steelhead terms:<br><br>Good early morning everyone,<br>OK. I made sure the documents reflected the emails received. The initial advance as Jack requested has been honored, the informa;on Richard request for a straight loan has been honored as well. The Future Accounts Receivables Loan has been removed and we reverted back to the Promissory Note for a traditional loan. The 7 year call has been completely removed and in this manner, there is a tradiitonal 20 year repayment term established. I hope everyone's requests have been satisifed.<br>Chrissy Marius<br>President of Opera;ons<br>chrissy@1stallegiance.com | RG_00000063-RG_00000067 | *See* Indictment ¶ 14-15 (describing false statements related to delays to further the scheme) | 1, 4, 7, 8, 10, 14 |
| 151 | Richard Garza | 5/1/2020 | | McGee | Email statements from McGee to Steelhead negotiating loan terms | RG_00001424-RG_00001428; RG_00001429-RG_00001434 | *See* Indictment ¶ 14-15 (describing false statements related to delays to further the scheme) | 1, 4, 7, 8, 10, 14 |
| 152 | Richard Garza | 5/1/2020 | | McGee | Email statements from McGee to Steelhead negotiating loan terms | RG_00001435-RG_00001439 | *See* Indictment ¶ 14-15 (describing false statements related to delays to further the scheme) | 1, 4, 7, 8, 10, 14 |
| 153 | Jack Steinhauser | 5/5/2020 | 5/6/2020 | McGee | Text messages from McGee to Steinhauser and Tomlinson providing reasons for delay in returning escrow money | INV_00003539-INV_00003540 | *See* Indictment ¶ 14-15 (describing false statements related to delays to further the scheme) | 1, 4, 7, 8, 10, 14 |
| 154 | Jack Steinhauser / Debra Tomlinson | 5/5/2020 | 5/6/2020 | McGee | Text string between McGee, Tomlinson, and Steinhauser | INV_00013997-INV_00013998 | *See* Indictment ¶ 14-15 (describing false statements related to delays to further the scheme) | 1, 4, 7, 8, 10, 14 |
| 155 | Richard Garza | 5/5/2020 | | McGee | Updated loan term sheet provided by 1st Allegiance to Steelhead | RG_00000718-RG_00000724 | | 1, 4, 7, 10 |
| 156 | Patrick Padberg | 5/14/2020 | 5/18/2020 | Canzater, Charles, and McGee | Canzater, Charles and McGee email OPM about reasons for delays and return of escrow funds | INV_00005011-INV_00005018 | *See* Indictment ¶ 14-15 (describing false statements related to delays to further the scheme) | 1, 4, 7, 8, 10, 14 |
| 157 | Tiffany Dillon / Al Canzater | 5/15/2020 | 5/16/2020 | Bacon | Email chain starting with a filing/suit related to Dunsdon sent to Bacon; Bacon forward to Canzater and McGee stating "Something has to be done. Help please!!"; McGee then adds Lusk and others to the chain indicating "Our escrow agent for our closings has corona virus | 4TS_0000469 - 4TS_0000470 | | 1, 4, 8, 10, 13, 14 |
| 158 | Tiffany Dillon / Al Canzater | 5/16/2020 | | McGee | McGee emails lawyer about victim Dunsdon and role and approval structure for money in Bacon's escrow account, after Bacon asks McGee and Canzater for "Help please!!" based on legal demands | 4TS_0000471-4TS_0000473 | | 1, 4, 8, 10, 13, 14 |
| 159 | Patrick Padberg | 5/18/2020 | | McGee | McGee tells OPM: "We are working diligently with the staff at 1st Title. Sandy had an allergic reaction to medicine over the weekend. We are working to improvise right now at this moment to make adjustments on who can send funds during her illness." | INV_00004952-INV_00004953 | *See* Indictment ¶ 14-15 (describing false statements related to delays to further the scheme) | 1, 4, 7, 8, 10, 14 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 160 | Patrick Padberg / Natalie Charles | 5/22/2020 | | Charles | Letter from Charles to OPM Green Energy:<br><br>May 22, 2020<br>The purpose of this letter is to provide an update in these unprecedented times at 1st Allegiance. As we have relayed information and remained in contact with you and intermediaries, our escrow agent is suffering with the Covid-19 virus and has placed us in a challenging position in which we've never faced. Internally, we have made adjustments which will overall finalize the funding of OPM Energy LLC:<br>1. We understand the G-Reformer transporting costs are $350,000. Please provide information as to what we can provide to assist.<br>We are improvising internally to provide the $450,000 directly to your group to handle this situation.<br>2. Funding will be redirected away from Escrow and we will only send the reserved payments for the initial project completion period. This will allow us the ability to fund outside of our normal transacting and utilize a different escrow for funding.<br>Please allow this letter to serve as notice that we will have all items rectified within 72 business hours as stated.<br>Christina is traveling current, however, we do apologize for any inconvenience this may have caused and look forward to the finalization of project funding immediately.<br>Regards<br>Natalie Swift<br>Vice-President Business Development<br>natalie@1stallegiance. com | INV_00005248-INV_00005249 | *See* Indictment ¶ 13 (describing use of letters to further scheme) | 1, 3, 5, 7, 8, 9, 10, 11 |
| 161 | Al Reese | 6/10/2020 | | Bacon | Confirmation of Escrow Deposit for WTD Oil & Gas, signed by Bacon on 6/17/2020, screen shot included | INV_00008375 - INV_00008378 | The screenshot attached to the email for the account ending in x9654 reflects the balance on 6/16/2020 after the $1M from Lendterra; as of the date the confirmation letter was signed by Bacon, the balance was reduced to ~$5k.<br><br>The screenshot attached to the email for the account ending in x7488 reflects the balance on 6/16/2020 after the $1M from Lendterra; as of the date the confirmation letter was signed by Bacon, the balance was reduced to ~$34k. | 1, 4, 7, 10, 14 |
| 162 | Patrick Padberg | 6/15/2020 | | McGee | Marius emails re return of escrow:<br><br>Sent: Monday, June 15, 2020, 02:18:21 PM CDT<br><br>Subject: Re: Update from OPM<br><br>As stated in the letter, we are returning escrows today. Sandy had to physically go to the bank. I called her earlier and she is still sending. She has quite a few to send out as we had to catch up on clients that were funded but didn't get their escrow returned. As soon as she send me the wire confirmation, I will send it over IMMEDIATELY. I am expecting closing dates around 4:30-5pm PST. | INV_00004909-INV_00004910 | *See* Indictment ¶ 14-15 (describing false statements related to delays to further the scheme) | 1, 4, 7, 8, 10, 14 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 163 | Patrick Padberg | 6/17/2020 | | Bacon | Bacon states she has not been able to return escrow due to illness:<br><br>As you may or may not know, I have been very ill for a while now. I am trying to work a few hours a day when I am able. I am preparing wire sheets and I would appreciate if you could resend me your wire instructions so I can send your return of escrow tomorrow.<br><br>Thanks....Sandy | INV_00005203-INV_00005205 | *See* Indictment ¶ 14-15 (describing false statements related to delays to further the scheme) | 1, 4, 7, 8, 10, 14 |
| 164 | David Crantz | 6/22/2020 | | McGee | Email from McGee to Bacon, Crantz and others stating "Good morning everyone! We are officially requesting the release of $210,000 to Mr. David Crantz according to the escrow agreement in place for the facilitating of the $2,000,000 below based on our mutual client, Urban Echo - Pinehurst/ Brian Davis. Mrs. Sandy, please make sure you have Mr. Crantz deposit information for this to take place within the next 30-60 minutes."<br><br>Bacon responds "This has been done." | INV_00010719 | The payment of $210,000.00 on 6/22/2020 to Crantz (Lendterra) was funded by Woodside advance fee deposit on 6/10/2020 and 6/17/2020 | 4 5, 7, 8, 10, 12, 14 |
| 165 | Richard Garza | 6/24/2020 | | McGee | Letter of of preapproval from McGee for Steelhead on Alamerica Bank letterhead | INV_00003088-INV_00003105 | *See* Indictment ¶ 17 | 1, 4, 7, 8, 9, 10, 12, 13, 14 |
| 166 | Sarah Anderson | 6/26/2020 | 7/9/2020 | McGee | Email from Bunag to Brazelton with McGee and Charles cc'd - the email includes a screenshot of NFCU accounts and their balance which Brazelton used to confirm proof of funds/escrow. | INV_00010940-INV_00010944 | The screenshot attached to the email for the account ending in x9654 reflects the balance on 6/16/2020 | 1, 4, 7, 9, 10 |
| 167 | Lloyd Warman | 7/2/2020 | | McGee | Email chain between McGee, Warman, David, Bacon, and others; McGee states "It was a pleasure speaking with the both of you and SO blessed that you guys are passionate about seniors and veterans. The company that will do you down payment assistance will need funds deposited into first title. I will gather the documents and you will know the dollar amount to deposit on Monday. I am traveling next week and will not be in the office until next Friday but available after our meetings 6pm est. We will include Lloyd's information in the closing instructions and I have copied our processing team on the email. Have a wonderful holiday and God bless America!" | INV_00010630 | | 4, 7, 8 |
| 168 | Mark Ricker | 7/2/2020 | | McGee | Email from Ricker to Bacon forwarding a letter from McGee, the email states "Sandy Attached is the letter from Chrissy acknowledging the return of the $150K on 7.2.2020. We would also like the $50K from Brian pursuant to our agreement. Please let us know when the wire has been sent"<br><br>The attached letter is at INV_000010872, signed by McGee | INV_00010870-INV_00010871 | *See* Indictment ¶ 12. The payment of $150,000 on 7/10/2020 to Ricker (Woodside/Nusbaum) was funded by Warman's deposit on 7/9/2020. | 1, 4, 8, 10, 14 |
| 169 | Patrick Ricker | 7/8/2020 | | McGee | Email from McGee to Woodside/Nusbaum individuals, where McGee states the following: "Pat, I will hear from the attorney's for due diligence within the next hour or so. We should be able to authorize release of funds today." | INV_00010955 | *See* Indictment ¶ 14-15 (describing false statements related to delays to further the scheme) | 1, 4, 7, 8, 10, 14 |
| 170 | Jay Matthiesen | 7/15/2020 | | McGee | Warehouse Credit Line Term Sheet from McGee to Matthiesen and others, showing signature of McGee | JMTC_00000130-JMTC_00000134 | *See* Indictment ¶ 5, 8, 13 (describing use of loan agreements, escrow agreements, commitment letters, and other related paperwork to further the scheme and conspiracy). | 1, 4, 7, 10 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 171 | Christina Dam | 7/16/2020 | | McGee | Commitment Letter to Dam emailed to and signed by McGee | INV_00005618 - INV_00005651 | *See* Indictment ¶ 13 (describing use of letters to further scheme) | 1, 3, 5, 7, 8, 9, 10, 11 |
| 172 | Christina Dam | 7/29/2020 | | McGee | Pre-Approval Letter to Dam signed by McGee | INV_00005746 | *See* Indictment ¶ 13 (describing use of letters to further scheme) | 1, 3, 5, 7, 8, 9, 10, 11 |
| 173 | Basil Fayad | 8/3/2020 | 8/6/2020 | McGee | Email chain between Fayad and Bacon with McGee and Matthiesen added later in the chain and Bacon removed and added back throughout. Fayad begins the chain stating "Hi Sandy, Nice to make your acquaintance. We currently have a contract pending between our company and Champion Lending services to open a line of credit, which entails sending 15' Title an escrow deposit. There are a couple of questions and modifications that we would like to mention on your escrow agreement, most notably being Section 4. Which states that escrowed funds can be distributed according to the terms of our accepted agreement. This needs to read that the funds cannot be distributed and only sent back to depositor at closing, and if no closing occurs will still be sent back."<br>Dates and terms of the agreement are discussed. | INV_00013300; INV_00013311 | | 1, 4, 5, 7 |
| 174 | Jay Matthiesen | 8/6/2020 | | McGee | McGee sends email and attached escrow agreement to Matthiesen, Bacon, and another person for Matthiesen to use with clients. Earlier emails in change show negotiation of escrow agreement terms by McGee with Bacon's awareness. Email also reflects scheduled conference call between parties to email. | JMTC_00015963-JMTC_00015982 | *See* Indictment ¶ 9, 11 (describing false representations in escrow agreements and McGee's role in drafting escrow terms) | 1, 3, 4, 5, 8, 9, 11, 12, 14 |
| 175 | Jay Matthiesen | 8/7/2020 | | McGee | McGee sends email to Matthiesen, Bacon, and another person for Matthiesen which shows negotiation of escrow agreement terms by McGee with Bacon's awareness. | JMTC_00015495-JMTC_00015506 | *See* Indictment ¶ 9, 11 (describing false representations in escrow agreements and McGee's role in drafting escrow terms) | 1, 3, 4, 5, 8, 9, 11, 12, 14 |
| 176 | Jay Matthiesen | 8/10/2020 | | McGee | Credit Facility packet between Trivecta and Champion Lending, includes Commitment Letter, Agreement, and Next Steps | INV_00013326 INV_00013347 | *See* Indictment ¶ 5, 8, 13 (describing use of loan agreements, escrow agreements, commitment letters, and other related paperwork to further the scheme and conspiracy). | 1, 4, 7, 10 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 177 | Jay Matthiesen | 8/10/2020 | | McGee | McGee sends email to Matthiesen, Bacon, and another person for Matthiesen which shows negotiation of escrow agreement terms by McGee with Bacon's awareness. Statements include fee taken by McGee and Bacon:<br><br>On Aug 10, 2020, at 4:55 PM, Chrissy Marius <chrissy@1stallegiance.com <mailto:chrissy@1stallegiance.com> > wrote:<br><br>Champion Lending will cover a half point for Sandy to collect a full 1% fee. You only pay ONE fee per deposit... we never charge anything else. I don't see this being an issue.<br><br>Your new documents should arrive this afternoon. Mondays are like five days wrapped into one ??<br><br>Chrissy Marius<br>President of Operations<br>chrissy@1stallegiance.com <mailto:chrissy@1stallegiance.com> | JMTC_00015507-JMTC_00015509 | *See* Indictment ¶ 9, 11 (describing false representations in escrow agreements and McGee's role in drafting escrow terms) | 1, 3, 4, 5, 8, 9, 11, 12, 14 |
| 178 | Jay Matthiesen | 8/11/2020 | | McGee | McGee emails revised contract and escrow agreement to Matthiesen related to credit facility | JMTC_00029733-JMTC_00029755 | *See* Indictment ¶ 9, 11 (describing false representations in escrow agreements and McGee's role in drafting escrow terms) | 1, 3, 4, 5, 8, 9, 11, 12, 14 |
| 179 | Jay Matthiesen | 8/11/2020 | | McGee | In response to question about whether escrow funds have a lien or are encumbered, McGee responds by email:<br><br>If your client is making the entire deposit then the answer is yes. There funds are not encumbered while in escrow unless stated otherwise which nothing in your agreement states that<br><br>Regard,<br>Chrissy Marius | JMTC_00016052-JMTC_00016052 | *See* Indictment ¶ 9, 11 (describing false representations in escrow agreements and McGee's role in drafting escrow terms) | 1, 3, 4, 5, 8, 9, 11, 12, 14 |
| 180 | Jay Matthiesen | 8/11/2020 | | McGee | McGee agrees to modify escrow language in escrow agreement with Matthiesen. Statements include:<br><br>The Escrowed Funds shall only be released back to the depositor, which suchrelease shall occur no later than 75 days(closing date) from the delivery date of funds into escrow and after acceptance of term sheet between depositor and TCG together with acceptance of these escrow terms by depositor. Trivecta shall give notice to Depositor if funds are to be released earlier than stated closing date. | JMTC_00029761-JMTC_00029762 | *See* Indictment ¶ 9, 11 (describing false representations in escrow agreements and McGee's role in drafting escrow terms) | 1, 3, 4, 5, 8, 9, 11, 12, 14 |
| 181 | Jay Matthiesen | 8/12/2020 | | McGee | McGee agrees to modify escrow language in escrow agreement with Matthiesen's client (MACC). Statements include:<br><br>OK great. Ill make sure the changes take place. And based on the feedback that Sandy provided this morning, she stated that your investor wants a separate agreement in which they will send modifications for? Please confirm.<br><br>McGee also agrees to modify language and adopts Matthiesen edit to when escrow "money is returned. We plan to put a date in the agreement, 60 days out from the date funds are escrowed saying that funds will be returned if the transaction hasnt closed." | JMTC_00016080-JMTC_00016082; JMTC_00015514-JMTC_00015516 | *See* Indictment ¶ 9, 11 (describing false representations in escrow agreements and McGee's role in drafting escrow terms) | 1, 3, 4, 5, 8, 9, 11, 12, 14 |
| 182 | Jay Matthiesen | 8/13/2020 | | McGee and Bacon | Bacon, McGee, and Matthiesen email about status of Trivecta deposit | JMTC_00029773-JMTC_00029773 | See Indictment ¶¶ 11, 18, 19 (describing Bacon's role and use of false statements about status of escrow accounts to further the conspiracy) | 1, 3, 7, 8, 10, 11, 13, 14 |
| 183 | Jay Matthiesen | 8/13/2020 | | McGee and Bacon | Bacon, McGee, and Matthiesen email about status of Trivecta deposit | JMTC_00015517-JMTC_00015517 | See Indictment ¶¶ 11, 18, 19 (describing Bacon's role and use of false statements about status of escrow accounts to further the conspiracy) | 1, 3, 7, 8, 10, 11, 13, 14 |
| 184 | Brian Davis / Sarah Anderson | 8/18/2020 | | McGee | Letter of preapproval from McGee stating that her "1st Allegiance Capital Group" has pre-approved Urban Echo for loan of $27,393,360 | INV_00005460-INV_00005499 | | 1, 4, 7, 9, 10, 12, 14 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 185 | Jay Matthiesen | 8/19/2020 | | McGee | Email from McGee to Matthiesen and cc'ing Bacon:<br><br>Good morning team Trivecta,<br><br>Sandy and I have tried our best to keep this file in place for your Credit Line of $50,000,000. We have been given a hard deadline of today of 4pm EST. If you are unable to make the deadline, you will have the ability to reapply 90 days from the disengagement letter which will be dated 8/20/2020.<br><br>If you need any assistance, please let us know how we can help.<br><br>With kind regards,<br><br>Chrissy Marius<br><br>President of Operations<br><br>chrissy@1stallegiance.com | JMTC_00029782-JMTC_00029782 | See Indictment ¶¶ 11, 18, 19 (describing Bacon's role and use of false statements about status of escrow accounts to further the conspiracy) | 1, 3, 7, 8, 10, 11, 13, 14 |
| 186 | Jay Matthiesen | 8/19/2020 | | McGee | Escrow agreement between MACC and First Title | JMTC_00005159-JMTC_00005170 | *See* Indictment ¶¶ 5-6 (explaining nature of conspiracy to promise loans in exchange for advance fee that would be held in escrow). | 1, 4, 5, 10, 13, 14 |
| 187 | Jay Matthiesen | 8/20/2020 | 8/30/2020 | McGee | From: Chrissy Marius [mailto:chrissy@1stallegiance.com]<br>Sent: Thursday, August 20, 2020 12:55 PM<br>To: Jay Matthiesen; Basil Fayad<br>Cc: Erica Bergeron ; bacongroupinc@gmail.com<br>Subject: Wire confirmation<br><br>Hi Team Trivecta! We are working to solidly everything as related to escrow and the wire sent yesterday. Sandy hasnt received the wire and any amounts over $1,000,000 we try to track. The day is almost over on the east coast and we need the IMAD # as soon as possible. We use this as a safety measure and confirmation of funds.<br><br>We appreciate your assistance!<br><br>Regards,<br><br>Chrissy Marius | JMTC_00015538-JMTC_00015538 | *See* Indictment ¶ 14-15 (describing false statements related to delays to further the scheme) | 1, 4, 7, 8, 10, 14 |
| 188 | Jay Matthiesen | 8/20/2020 | 9/3/2020 | McGee | McGee email to Matthiesen and Bacon re upcoming advance fee payments of MACC to escrow | JMTC_00015539-JMTC_00015540 | See Indictment ¶¶ 11, 18, 19 (describing Bacon's role and use of false statements about status of escrow accounts to further the conspiracy) | 1, 3, 7, 8, 10, 11, 13, 14 |
| 189 | Jay Matthiesen | 8/20/2020 | | Bacon | Bacon emails Matthiesen to ask for wire confirmation number | JMTC_00045287-JMTC_00045287; JMTC_00045288-JMTC_00045289 | See Indictment ¶¶ 11, 18, 19 (describing Bacon's role and use of false statements about status of escrow accounts to further the conspiracy) | 1, 3, 7, 8, 10, 11, 13, 14 |
| 190 | Jay Matthiesen | 8/20/2020 | | Bacon | Bacon emails Matthiesen that wire of advance fee from MACC received: "Yes and it is now safely in my escrow account. | JMTC_00045321-JMTC_00045322; JMTC_00045290-JMTC_00045291; JMTC_00007401-JMTC_00007402 | See Indictment ¶¶ 11, 18, 19 (describing Bacon's role and use of false statements about status of escrow accounts to further the conspiracy) | 1, 3, 7, 8, 10, 11, 13, 14 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 191 | Jay Matthiesen | 8/27/2020 | | McGee | Email from McGee regarding upcoming MACC advance fee payment:<br><br>Good afternoon Jay,<br>We appreciate your your diligence in working on the commitment for your line of credit. I spoke with Erica and she stated that your group would be bringing in another $1,500,000 by tomorrow. Please be sure to communicate with Sandy and provide wire receipt as we did in the previous transfer.<br><br>Thanks,<br><br>Chrissy Marius<br><br>President of Operations<br><br>chrissy@1stallegiance.com | JMTC_00015536-JMTC_00015536 | | 1, 4, 8, 10, 14 |
| 192 | Patrick Ricker | 8/31/2020 | | McGee | Email from McGee to Woodside/Nusbaum individuals, Bacon, and others where McGee states the following:<br><br>"Donna,<br><br>These documents are very disturbing. The gentlemen from Woodside have placed personal guarantees up for this loan to close and have been team players at trying to make this happen. Furthermore, these gentlemen have paid, based on these records, $350,000 that is NON-REFUNDABLE.<br><br>These escrow lender guys could literally send over documents that they KNOW we would not agree to JUST to retain the funds and not facilitate the funding of escrow. Where is YOUR (woodside) recourse? I've NEVER heard of non-refundable origination fees! The terms and conditions of this rider is ridiculous.<br><br>Furthermore, I received yet ANOTHER CALL from 1st Title stating that I have told this group that we as the lender have NOTHING to do with the Rider and that is NOT what I stated. I REQUESTED DOCUMENTS BETWEEN THE ESCROW LENDER AND THE CLIENT to check for redundancy and discrepancies in ALL of these documents floating around FOR THIS EXACT REASON... and there are several. Our lawyer has advised that NONE of these documents are signed. They can send a rider with instructions on where to return the escrow and that is all we are accepting.<br><br>There will be NO MORE negotiations at this point as I believe we are dealing with the same type of unsavory characters as we have previously dealt with in the past. This includes 1st Allegiance AND 1st Title which I am most certain Mrs. Sandy doesn't mind me stating that for the record. If there are any phone calls to be made, BOTH myself and Mrs. Sandy need to be on the call." | INV_00010951-INV_00010953 | | 4, 5, 7, 9 |
| 193 | Patrick Ricker | 9/4/2020 | | McGee | Email between McGee and Woodside/Nusbaum individual confirming closing date in which McGee states "We just received escrow and closing will be in 10-15 banking days. We will confirm later today." | INV_00011039-INV_00011040 | *See* Indictment ¶ 14-15 (describing false statements related to delays to further the scheme) | 1, 4, 7, 8, 10, 14 |
| 194 | Jay Matthiesen | 9/4/2020 | | McGee | Good morning Team Trivecta,<br>This is to confirm that 1st Allegiance has received a total of $2,200,000 of the required $4,500,000 million for the Facility Credit Line.<br><br>Chrissy Marius<br><br>President of Operations<br><br>chrissy@1stallegiance.com | JMTC_00015541-JMTC_00015543; JMTC_00027370-JMTC_00027372 | | 1, 4, 9, 12 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 195 | Jay Matthiesen | 9/4/2020 | | McGee | On Sep 4, 2020, at 7:59 AM, Chrissy Marius <chrissy@1stallegiance.com> wrote:<br><br>No problem! Now that we understand how you guys are technically "fundraising", we are able to make the system adjustments.<br><br>Chrissy Marius<br>President of Operations<br>chrissy@1stallegiance.com | JMTC_00027375-JMTC_00027378; JMTC_00015551-JMTC_00015554 | See Indictment ¶¶ 11, 18, 19 (describing Bacon's role and use of false statements about status of escrow accounts to further the conspiracy) | 1, 3, 7, 8, 10, 11, 13, 14 |
| 196 | Jay Matthiesen | 9/17/2020 | | McGee | Email from Matthiesen to McGee; Matthiesen states "Hi Chrissy....I hope you conference is going well and you are staying safe. I am writing to see if we could get the attached memo, that we have drafted, put on Champion letterhead for our use. I would like it by tomorrow if at all possible. One of our borrowers is asking for something to let them know we have available credit. This memo should suffice, as we don't want to give them too many details of our warehouse lines. In addition, the attached binder we received is not executed by Bryan Alexander or anyone else at Champion. Can you send us a fully executed copy as soon as possible. Thank you in advance for all your help. We look forward to working with the Champion team!" McGee responds " I will take care of this immediately." | INV_00012002 | | 1, 5, 7, 8, 9, 10, 12 |
| 197 | Jay Matthiesen | 9/17/2020 | | McGee | Email from Matthiesen to McGee; Matthiesen asks for memo, McGee proposes changes to proposed memo [the word doc attached is at INV_00012004 | INV_00012003 INV_00012004 | | 1, 5, 7, 8, 9, 10, 12 |
| 198 | Jay Matthiesen | 9/17/2020 | | McGee | Commitment to Fund Letter on KC Gull letterhead to Matthiesen emailed to and signed by McGee | INV_00012005 INV_00012006 | | 1, 5, 7, 8, 9, 10, 12 |
| 199 | Jay Matthiesen | 9/17/2020 | | McGee | McGee "Commitment to Fund" Letter to Trivecta:<br><br>September 17, 2020<br><br>Trivecta Capital Group Inc.<br>2808 Fairmount, Suite 130<br>Dallas, TX 75201<br>Attn: Jay Matthiesen<br><br>RE: Commitment to Fund<br><br>Dear: Mr. Matthiesen,<br><br>Champion Lending Services, a KC & Gull Industries Trust Company, and a subsidiary of My Lending Genie – Commercial Revolving Credit Management Department ("Lender"), is pleased to offer Trivecta Capital Group Inc. ("Partner") a direct warehouse credit line in the amount of $50,000,000.<br><br>This Commitment supersedes all prior correspondences, commitments, written and/or oral, and other communications relating to the financing arrangements between Borrower and Lender. This Commitment also reflects the Terms executed by the borrower and has been officially accepted by the lender.<br><br>Proceeds of the Loan outlined herein will be used for funding various real estate and non-real estate projects including but not limited to Residential and Commercial loans.<br><br>The Closing Date Range is scheduled between October 1, 2020 – October 7, 2020 at which time, your $50,000,000 Credit Line will be available with 100% availability for your use. | JMTC_00000082-JMTC_00000082; JMTC_00000083-JMTC_00000084 | | 1, 5, 7, 8, 9, 10, 12 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 200 | Jay Matthiesen | 9/23/2020 | 2/20/2021 | McGee | From: Chrissy Marius <chrissy@1stallegiance.com><br>Sent: Wednesday, September 23, 2020 4:51 PM<br>To: Jay Matthiesen <jmatthi@trivectacapitalgroup.com>;<br>Cc: bacongroupinc@gmail.com<br>Subject: Designated Account<br><br>Good afternoon team Trivecta!<br>We have designated an account at NFCU for you guys from here on out:<br>7109267372<br>I originally thought it was Bank of America; but, that is for your actually funding.<br><br>Regards,<br>Chrissy Marius | JMTC_00007393 | | 1, 4, 9, 12 |
| 201 | Jay Matthiesen | 9/30/2020 | | Bacon | Bacon emails to confirm receipt of MACC advance fee installment and stating she will "watch for" future deposit<br><br>Subject: Re: Last weeks wire<br>Yes I did. Thank you!<br><br>Sandy Bacon<br>Bacon Group Incorporated | JMTC_00045323; JMTC_00007398- JMTC_00007399; JMTC_00007400 | See Indictment ¶¶ 11, 18, 19 (describing Bacon's role and use of false statements about status of escrow accounts to further the conspiracy) | 1, 3, 7, 8, 10, 11, 13, 14 |
| 202 | Jay Matthiesen | 10/8/2020 | 10/19/2020 | McGee | Email chain between Matthiesen, McGee, Bacon and others Matthiesen states: " Hi Chrissy...I believe we have around $2.85M in escrow with Sandy currently. We are anticipating another 300-500K this week. And I am hoping we will have the entire $5MM by end of October or sooner. To this end, would it be possible for us to get a working capital draw of $150,000.00 as Basil and I need to start underwriting on several deals we are bringing in. I expect we will pay this off within the first few closings. Please let me know if this is possible as we need to get started asap. I am attaching our wiring instructions for your use." McGee responds "Good morning Mrs sandy, Please transfer $150k to Trivecta for working capital." | INV_00011991- INV_00011992 | See Indictment ¶¶ 10-12 (describing Bacon's and McGee's roles and transfer of advance fees out of escrow accounts) | 1, 3, 7, 8, 10, 11, 13, 14 |
| 203 | Jay Matthiesen | 10/13/2020 | | Bacon | Bacon email to confirm receipt of MACC advance fee installment<br><br>Hi Jay,<br><br>Just got the deposit!<br><br>Sandy Bacon<br>Bacon Group Incorporated | JMTC_00045325; JMTC_00007397 | See Indictment ¶¶ 11, 18, 19 (describing Bacon's role and use of false statements about status of escrow accounts to further the conspiracy) | 1, 3, 7, 8, 10, 11, 13, 14 |
| 204 | Daniel Colton | 10/19/2020 | | McGee | Email from McGee to Woodside/Nusbaum individuals with a letter attached indicating Bacon fell and broke her back. | INV_00011013- INV_00011015 | | 1, 4, 8, 9, 11 |
| 205 | Jay Matthiesen | 10/19/2020 | | McGee | McGee directs Bacon to transfer MACC's advance fee to Trivecta for "working capital"<br><br>From: Chrissy Marius <chrissy@1stallegiance.com><br>Sent: Monday, October 19, 2020 9:40 AM<br>To: bacongroupinc@gmail.com<br>Cc: Jay Matthiesen <jmatthi@trivectacapitalgroup.com>;<br>Subject: Fwd: Trivecta Credit Facility<br><br>Good morning Mrs sandy,<br><br>Please transfer $150k to Trivecta for working capital. See the attached<br><br>Regard,<br><br>Chrissy Marius | JMTC_00015627- JMTC_00015628 | See Indictment ¶¶ 11, 12 (describing Bacon's role and transfer of advance fees out of escrow accounts) | 1, 3, 7, 8, 10, 11, 13, 14 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 206 | Jay Matthiesen | 10/19/2020 | | McGee | McGee emails update on wire from Bacon to Trivecta:<br><br>Subject: Wire Update<br><br>Team Trivecta,<br><br>I spoke to Sandy a couple of hours ago and she has confirmed the wire has been sent and she is awaiting confirmation from NFCU wire department as there is extra security for anything over $25,000. It will post tomorrow I am sure.<br><br>On a side note, Mrs. Sandy was showing property this weekend, she is also the owner of a Brokerage Firm, and fell. She broke her arm in two places and they found a crack in her shoulder blade (back area) as well. She is in pain and bruised pretty badly. Please keep her in your prayers.<br><br>Chrissy Marius<br>President of Operations | JMTC_00016160-JMTC_00016160 | | 1, 4, 7, 8, 13, 14 |
| 207 | Tiffany Dillon | 10/20/2020 | | McGee | Email from McGee establishing chrissy lstallegiance.com / tiffanyd kcgull.com as new email to use | 4TS_0000775 | | 1, 4, 10, 13 |
| 208 | Sarah Anderson | 10/21/2020 | 10/23/2020 | McGee and Bacon | Email chain between Bacon, McGee, and Wells Fargo regarding a wire transfer of $150,000.00 from First Title to McGee/KC Gull | KCG_000378-KCG_000380 | | 1, 4, 7, 10, 14 |
| 209 | Patrick Ricker | 10/22/2020 | 1/6/2021 | McGee and Bacon | McGee emails about status of loan closing and return of escrow with Woodside group, as well as attachments related to funding status providing by McGee. Statements include those made by Bacon on phone call re status and return of of escrow money and email statements from McGee, such as:<br><br>McGee: "Whoohoo! We are finally at the finished line! Thanks to EVERYONE for your hard work and welcoming us when performing due diligence and much more! it was a pleasure meeting everyone!<br>We have sent the authorization for wires and once we receive the confirmation, we will notify Brian and Danny. When we receive the fed wire confirmation, it normally posts within 15 minutes to two hours.<br>Please keep in mind that this wire will contain funds for the land acquisition, fees, and closing costs. Working capital draws will need to be worked through Mr. Brennan as he has been assigned as the Project Manager and provided the Underwriting.<br>The wire will come from either Navy Federal or Wells Fargo. I will confirm on Monday. BOTH banks have advised that wire posts can take 3-5 business days. A few of our clients feedback said it posted within 48 hours and then some said 4-5 days. | INV_00002432-INV_00002444 | | 1, 4, 5, 7, 8, 10, 11, 14 |
| 210 | Jay Matthiesen | 10/23/2020 | | McGee | McGee tells Trivecta that she has various ways to show proof of funds for another deal:<br><br>There are a couple of ways we can do this... I have POF of wire of funds for our lending pool of $500m... its redacted but the funds are there.<br><br>I can have counsel create letter but there will be a 48 hours business day delay but he will definitely do it.<br><br>I can also have sandy do a letter because they were deposited in her account.<br><br>Please advise. | JMTC_00016168-JMTC_00016169; JMTC_00015648-JMTC_00015649 | | 1, 4, 5, 7, 8, 10, 11, 14 |
| 211 | Sarah Anderson | 10/26/2020 | | McGee | DocuSign email chain with a KC Gull Letter "to make an official request for the account under Branded Asset Management Group BAMG to be changed to KC Gull Industries Trust" The letter is signed by McGee | KCG_000375-KCG_000377 | | 4, 8, 10 |
| 212 | Jay Matthiesen | 10/26/2020 | | Bacon | Bacon confirms receipt of $500k MACC advance fee deposit:<br><br>Subject: Re: Escrow<br><br>Hi Jay,<br><br>It did come about an hour ago. Thank you!<br><br>Sandy Bacon<br>Bacon Group, Inc | JMTC_00045326; JMTC_00007396 | See Indictment ¶¶ 11, 18, 19 (describing Bacon's role and use of false statements about status of escrow accounts to further the conspiracy) | 1, 3, 7, 8, 10, 11, 13, 14 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 213 | Jay Matthiesen | 11/2/2020 | | McGee | Email chain between Mathieson, McGee and others which includes an attached letter from Deyon for all loans over $500k; correspondence regarding the letter continues in which McGee states "Also... didn't read the last statement after the letter sample... The two week window is a time period in which wires are initiated. Right now, it's taking 2-3 days to post so what we will do is pretty much the same thing we did with your working capital and send fed wire confirmation. As soon as it is initiated, we will receive an email from 1st title. It's slightly challenging with the injury to Sandy and she is limited in her mobilization. It won't be this way after Thanksgiving." and "This let's keep it all simple and get the second letter done so we don't open any cans whatsoever! We will definitely handle the notification as well and l will try and narrow the timeline down sometime tomorrow. Since tomorrow is Election Day, we are working on a rotating schedule so keep that in mind." | INV_00011994-INV_00011997 | | 1, 4, 5, 7, 8, 10, 11, 14 |
| 214 | Daniel Colton | 11/2/2020 | | McGee | Email from McGee to Colton and Davis with a funding confirmation letter attached, which is on Deyon's letterhead and electronically signed by Deyon | INV_00014511-INV_00014512 | | 1, 4, 7, 8, 10, 11, 14 |
| 215 | Jay Matthiesen | 11/2/2020 | | McGee | Email from McGee stating that she is transmitting letter "for all clients over $500,000" and attaching a letter purportedly from attorney Derek Deyon | JMTC_00016179-JMTC_00016180 | | 1, 4, 7, 8, 10, 11, 14 |
| 216 | Jay Matthiesen | 11/2/2020 | | McGee | McGee discusses providing proof of funds:<br><br>Subject: Re: Requested Letter<br><br>I will forward this over. In the meantime, we could send the current letter along with our POF possibly? | JMTC_00029848-JMTC_00029849; JMTC_00015660-JMTC_00015661 | | 1, 4, 7, 8, 10, 11, 14 |
| 217 | Jay Matthiesen | 11/2/2020 | | McGee | McGee emails Matthiesen re funding delay:<br><br>Subject: Re: Requested Letter<br><br>Also... didnt read the last statement after the letter sample...<br><br>The two week window is a time period in which wires are initiated. Right now, its taking 2-3 days to post so what we will do is pretty much the same thing we did with your working capital and send fed wire confirmation. As soon as it is initiated, we will receive an email from 1st title. Its slightly challenging with the injury to Sandy and she is limited in her mobilization. It wont be this way after Thanksgiving. | JMTC_00027456-JMTC_00027457 | | 1, 4, 7, 8, 10, 11, 14 |
| 218 | Jay Matthiesen | 11/2/2020 | | McGee | From: Chrissy Marius <chrissy@1stallegiance.com><br>Sent: Monday, November 02, 2020 8:57 AM<br>To: Jay Matthiesen; Basil Fayad<br>Cc: Erica Bergeron<br>Subject: Re: Requested Letter<br><br>This lets keep it all simple and get the second letter done so we dont open any cans whatsoever! We will definitely handle the notification as well and I will try and narrow the timeline down sometime tomorrow. Since tomorrow is Election Day, we are working on a rotating schedule so keep that in mind.<br><br>Regard,<br><br>Chrissy Marius | JMTC_00027458-JMTC_00027460 | | 1, 3, 4, 7, 8, 10, 13 |
| 219 | Jay Matthiesen | 11/4/2020 | 2/21/2021 | Bacon | Email chain between Matthiesen and Bacon; Matthiesen states on 11/4/2020 "Hi Sandy....we completed the $4.5MM escrow today. Please confirm Vou received the remaining $500K." Bacon responds on 11/4/2020 "Yes it is pending in our escrow account. Thank you!" On 2/1/2021, Matthiesen emails Bacon stating "Happy Sunday Sandy....l am writing to inquire about the below escrow account. You confirmed receipt of all $4.5MM of funds on Nov. 4th, 2020. Can you confirm that funds are still being held in your First Title account? We need to get these released back to our Borrower asap." | INV_00012017 | As of 2/21/2021, the balance in all of the NFCU First Title bank accounts was ~$184k | 1, 4, 7, 10, 14 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 220 | Jay Matthiesen | 11/4/2020 | | Bacon | Bacon emails to confirm $4.5 million MACC advance fee "is pending in our escrow account"<br><br>From: Sandy Bacon <bacongroupinc@gmail.com><br>Sent: Wednesday, November 4, 2020 6:53 PM<br>To: Jay Matthiesen <jmatthi@trivectacapitalgroup.com><br>Subject: Re: Trivecta Escrow Account<br><br>Yes it is pending in our escrow account. Thank you!<br><br>Sandy Bacon<br>Bacon Group Incorporated | JMTC_00045327; JMTC_00007394 | See Indictment ¶¶ 18, 19 (describing use of false statements about status of escrow accounts to further the conspiracy) | 1, 3, 7, 8, 10, 13, 14 |
| 221 | Jay Matthiesen | 11/10/2020 | | McGee | McGee emails about creating "closing documents for Friday" | JMTC_00015672-JMTC_00015672 | | 1, 3, 4, 7, 8, 10, 13 |
| 222 | Jay Matthiesen | 11/11/2020 | | McGee | McGee states that her new company, Champion Lending, should "appear" in documents at closing | JMTC_00015674-JMTC_00015675 | | 1, 4, 8, 10 |
| 223 | Jay Matthiesen | 11/12/2020 | | McGee | McGee discusses delays and states that "attorney" for Champion Lending was injured: "It seems like everyone is getting injured and we are behind a week with him. He is having surgery today from a serious foot injury last week." | JMTC_00015677-JMTC_00015677 | | 1, 3, 4, 7, 8, 10, 13 |
| 224 | Jay Matthiesen | 11/13/2020 | | McGee | McGee email to Trivecta re delays:<br><br>Subject: Re: Letter from Attorney<br><br>We should be. As we were discussing the other day, Trivecta has basically closed the file and at this point funding the loan. We will need to - on paper - acquire the loan from Trivecta and service the file. This is where there is a need for a quick discussion so we can file proper documentation. With you utilizing the credit line, we still must of course be the lienholder. Trivecta is responsible for making initial payments and holding Interest Reserves to cover the first 24 months.<br>We need to list this responsibility on the 1st Payment notification as well.<br>I would like to speak to ensure this file is completed properly today. Are you guys available at 9am CST? | JMTC_00029856-JMTC_00029857 | | 1, 3, 4, 7, 8, 10, 13 |
| 225 | Jay Matthiesen | 11/17/2020 | 12/11/2020 | McGee | Email chain between Matthiesen, McGee and others regarding a new project (hotel deal); Matthiesen states "Hi Chrissy...Hope your weekend went well. Can you get us an ETA when we can get Riverside completed and funded? I am hoping to have this completed before Thanksgiving. I don't want to be a nuisance to you or Sean but I need to get this one funded asap. Also. we still need the letter from the attorney that I requested two weeks ago for the Riverside general contractor." McGee responds "Hi Jay! Expect it to hit your account by Thursday or Friday at the latest. I didn't know we still needed the letter as I thought funding the initial draft was good. My apologies. I will resubmit the request. Please also email me a list of deals in the system we need to fund by 12/15 so we can proactively begin reviewing all documents." Correspondence continues regarding funding status with Matthiesen ultimately stating "Hi Chrissy....Here are the projected Trivecta draws for the two additional loan closings in December that should be put on account at JPM Chase for immediate transfer to us as soon as we are ready to close. As stated last night. we must close these two loans before year end 2020 and possibly before Christmas, We would like Sean to review the files as soon as possible.<br><br>Mighty Argo $11,000,000.00 | INV_00012029<br>INV_00012033 | | 1, 7, 10, 11, 14 |
| 226 | Jay Matthiesen | 11/20/2020 | | Brennan | Sean Brennan provides explanation for delay of Riverside closing money | JMTC_00015711-JMTC_00015712 | | 1, 3, 4, 5, 7, 10 |
| 227 | Jay Matthiesen | 12/2/2020 | | McGee | McGee emails Matthiesen that items he raised "are priority" | JMTC_00005536-JMTC_00005539 | | 1, 3, 4, 5, 7, 10 |
| 228 | Tiffany Dillon | 12/6/2020 | | McGee | Email from McGee to Charles and Dillon regarding weekly update for investments and notes "all of us know about Natalie being a paymaster but Sandy doesn't know anything about Natalie and for purposes I need to know, it should remain that way" | 4TS_0000849-4TS_0000850 | | 2, 3, 5, 6, 11, 13 |
| 229 | Jay Matthiesen | 1/10/2021 | | McGee | McGee emails Matthiesen about process for loan closings | JMTC_00005531-JMTC_00005531 | | 1, 3, 4, 5, 7, 10 |
| 230 | Tiffany Dillon | 1/11/2021 | 1/13/2021 | McGee | On January 11, 2021, McGee emails Dillion forms to be completed. The forms and passport are completed and sent back to McGee by Dillion on January 13, 2021. The forms are information on 4TS. | 4TS_0000041-4TS_0000047 | | 2, 3, 5, 6, 11 |
| 231 | Jay Matthiesen | 1/11/2021 | | McGee | Unsigned profit share agreement between Matthiesen/Trivecta and McGee/KC Gull | INV_00012034<br>INV_00012052 | | 1, 3, 4, 5, 7, 10 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 232 | Jay Matthiesen | 1/11/2021 | | McGee | KC Gull marketing materials and profit share agreement sent by McGee to Matthiesen, and attachments signed by both | JMTC_00015767-JMTC_00015806 | | 1, 3, 4, 5, 7, 10 |
| 233 | Jay Matthiesen | 1/12/2021 | | McGee | McGee states she has investor who is ready to wire money from Romanian bank, and provides "wire confirmation" providing bank details | JMTC_00016230-JMTC_00016231 | | 1, 7, 8, 10, 12, 14 |
| 234 | Jay Matthiesen | 1/14/2021 | | McGee | Email From: Chrissy M <Chrissym@kcgull.com><br>Email to: Jay Matthiesen<br><br>Subject: Funding setup<br>Good morning guys!<br>I have one of our attorney partners who will receive the initial deposit for you guys as he can send out our funds without<br>the international barrier which was a concern for Jay. This is just to get started and the slight improvising will help clear<br>funds to your account today or tomorrow. I will begin sending files over within the next two hours.<br><br>The contract is simplified and will be done momentarily. | JMTC_00005533-JMTC_00005533 | | 1, 7, 8, 10, 12, 14 |
| 235 | Jay Matthiesen | 1/19/2021 | | McGee | On Jan 19, 2021, at 5:28 PM, Chrissy M <Chrissym@kcgull.com> wrote:<br>Hi everyone,<br>I apologize for the delay in providing the update for funding. Mr Young didnt sign a document that needed to be executed and it was done today. This was for the investment funds disbursement. It took him a few hours because he had an issue with downloading the document. This has been resolved and he should be able to begin transferring funds within the next 24 hours. | JMTC_00027602; JMTC_00005534 | | 1, 7, 8, 10, 12, 14 |
| 236 | Tiffany Dillon | 1/20/2021 | | McGee | On January 20, 2021, after formation of KC Gull, McGee states that "nature of business" is "Financial services and asset management along with invest" | 4TS_0000104 | *See* Indictment ¶ 1 (discussing McGee's use of aliases and multiple entities) | 4, 11 |
| 237 | Jay Matthiesen | 1/21/2021 | | McGee | McGee gives "Status update for funding"<br><br>Hi everyone,<br><br>I truly apologize for the delays in retrieving these funds. Initially, the investor sent the funds on Monday (U.S. holiday) and we confirmed on Tuesday the funds were in fact sent to Mr. Robert Young. Yesterday was unprecedented for us due the investor's inability to access the system until this morning 9am UK (London Time). I verified and confirmed he was able to access the system he uses to transfer funds to the U.S. this morning. the Up until this very moment, we are awaiting the transfer receipt to Mr. Robert's IOLTA account which is showing "pending" on the investor side. We are anticipating the receipt any moment and then Mr. Young will be able to confirm the transfer tomorrow.<br><br>We are approximately 72 banking hours out from Mr. Young having complete control of the funds. Please be sure to plan your schedules accordingly.<br><br>CHRISSY MCGEE<br>COMPLIANCE OFFICER<br>chrissym@kcgull.com | JMTC_00016260-JMTC_00016260 | | 1, 7, 8, 10, 12, 14 |
| 238 | Sarah Anderson | 1/25/2021 | | McGee | Email from McGee to Ring Central regarding the name change from Branded Asset to KC Gull. McGee states "These invoices STILL have Branded Asset on them. We are NOT the same company!" | KCG_001227-KCG_001228 | *See* Indictment ¶ 1 (discussing McGee's use of aliases and multiple entities) | 4, 11 |
| 239 | Sarah Anderson | 1/25/2021 | | McGee | Email from RingCentral to McGee re: Completed RingCentral Documents for your DocuSign Signature - attached is the Assignment and Assumption Agreement between Branded Asset and KC Gull - McGee signs the document for both entities | KCG_001381-KCG_001384 | *See* Indictment ¶ 1 (discussing McGee's use of aliases and multiple entities) | 4, 11 |
| 240 | Jay Matthiesen | 1/27/2021 | | McGee | McGee tells Matthiesen that it "looks like Friday" that closing funds will post | JMTC_00015865-JMTC_00015866 | | 1, 3, 4, 5, 7, 10 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 241 | Jay Matthiesen | 1/27/2021 | | McGee | McGee provides funding update, including that:<br><br>Sandy received her funds receipt and has appointment at the bank to show I D and all that good stuff for the credit to post and has plenty to send directly to Robert to cover the first weeks of your contract if need be.<br><br>We just got confirmation this morning that Robert's has been sent but we do not have the swift confirmation as of yet. These are exciting times and we are all thrilled. | JMTC_00015867-JMTC_00015869 | | 1, 3, 4, 5, 7, 10 |
| 242 | Jay Matthiesen | 1/27/2021 | | McGee | McGee emails Matthiesen, and email statements include:<br><br>Sandy goes to the bank tomorrow. They are already working on everything. We will know for sure after the meeting tomorrow but our banker has confirmed it should post tomorrow. | JMTC_00015870-JMTC_00015873 | | 1, 3, 4, 5, 7, 10 |
| 243 | Jay Matthiesen | 1/27/2021 | | McGee | McGee emails Matthiesen that "Fingers crossed" that closing funds are sent by Bacon | JMTC_00016274-JMTC_00016277 | | 1, 3, 4, 5, 7, 10 |
| 244 | Jay Matthiesen | 1/29/2021 | | McGee | From: Chrissy M <Chrissym@kcgull.com>, To bacongroupinc@gmail.com, cc'ing others<br>Subject: Fwd: Colorado Loan Draw direct to First National Title Co<br>Attach: FNFWireSafeWireAccountNotification.pdf<br><br>Good morning Mrs. Sandy!<br>Once conversion ( to $) is completed with Wells Fargo, please follow the attached instructions for Trivecta. We already have the account the balance is to go to.<br><br>Currently, Trivecta contract will be handled separate but for the first 4 deposits, they will come from 1st Title. We are working on the paperwork to make this reflection. I will send over the adjusted documents later today.<br><br>Thanks! | JMTC_00016278-JMTC_00016279; JMTC_00015874-JMTC_00015875; JMTC_00015876-JMTC_00015877 | | 1, 4, 7, 8, 10, 12, 14 |
| 245 | Jay Matthiesen | 2/2/2021 | | McGee | McGee emails Matthiesen that funding may be delayed by weather in Virginia | JMTC_00015885-JMTC_00015885 | | 1, 3, 4, 5, 7, 10 |
| 246 | Jay Matthiesen | 2/2/2021 | | McGee | McGee says funding may be delayed because large deposit must "post" first:<br><br>The large deposit to cover the balance of the loan has to post. It's over $605m. It was going through conversion and we were told it would be available on 2nd and 3rd. | JMTC_00016283-JMTC_00016284; JMTC_00015887-JMTC_00015888 | | 1, 3, 4, 5, 7, 10 |
| 247 | Jay Matthiesen | 2/2/2021 | | McGee | McGee explains that deposit to help close loan has not posted:<br><br>Not yet and the banker has to be in the office according to what we were told to log into the system. There was something called a shadow that was attached to the transfer... I dont know all of the terminology but the banker knew exactly what needed to be done so that took an extra day. | JMTC_00016285-JMTC_00016286 | | 1, 3, 4, 5, 7, 10 |
| 248 | Jay Matthiesen | 2/3/2021 | | McGee | McGee sends wire transfer attachment from German bank to Bacon to tell Matthiesen that MACC funds will post | JMTC_00016287-JMTC_00016288 | | 1, 4, 7, 8, 10, 12, 14 |
| 249 | Jay Matthiesen | 2/5/2021 | | McGee | Email from McGee to Bacon, Matthiesen, and others where McGee states "Good afternoon, The purpose for this email is to confirm that Mrs. Bacon is currently working on a funding matter with a financial institution and is fully aware of the need for the funds to be sent for the closing. Please be advised NFCU would not allow her to send the funds virtually due to the amount; therefore, she will have to visit a branch which has had decreased hours due to the bad weather in Virginia along with strict COVID protocol in place. Please be on standby for the transfer next week as she has an appointment to visit the bank." | INV_00012015 INV_00012016 | *As of 2/5/2021, the balance in all of the NFCU First Title bank accounts was ~$258k* | 1, 4, 5, 7, 8, 10, 12, 13, 14 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 250 | Jay Matthiesen | 2/5/2021 | 2/15/2021 | McGee | McGee email about Bacon working to obtain MACC money from another financial institution:<br><br>From: Chrissy M <Chrissym@kcgull.com><br>Sent: Friday, February 5, 2021 12:53 PM<br>To: Stephanie.taylor@fnf.com<br>Cc: bacongroupinc@gmail.com; Jay Matthiesen <jmatthi@trivectacapitalgroup.com><br>Subject: Incoming funds for closing<br><br>Good afternoon,<br><br>The purpose for this email is to confirm that Mrs. Bacon is currently working on a funding matter with a financial institution and is fully aware of the need for the funds to be sent for the closing. Please be advised NFCU would not allow her to send the funds virtually due to the amount; therefore, she will have to visit a branch which has had decreased hours due to the bad weather in Virginia along with strict COVID protocol in place.<br><br>Please be on standby for the transfer next week as she has an appointment to visit the bank.<br><br>CHRISSY MCGEE<br><br>COMPLIANCE OFFICER<br><br>chrissym@kcgull.com | JMTC_00007311-JMTC_00007313; JMTC_00015914-JMTC_00015916; JMTC_00016290; JMTC_00015917-JMTC_00015918 | | 1, 4, 5, 7, 8, 10, 12, 13, 14 |
| 251 | Sarah Anderson | 2/5/2021 | 2/15/2021 | McGee | Email chain between Mathieson, Bacon, McGee regarding return of funds for MACC | KCG_000425-KCG_000426 | See Indictment ¶¶ 18, 19 (describing use of false statements about status of escrow accounts to further the conspiracy) | 1, 3, 7, 8, 10, 13, 14 |
| 252 | Jay Matthiesen | 2/5/2021 | 2/6/2021 | McGee | Email From: Chrissy M <Chrissym@kcgull.com><br><br>Subject: Re: Escrow to Fidelity National Title<br><br>Jay,<br>Sandy is working with Wells Fargo. I will keep you updated as this is super vital for us all.<br><br>CHRISSY MCGEE<br>COMPLIANCE OFFICER<br>chrissym@kcgull.com | JMTC_00016289; JMTC_00015896 | See Indictment ¶¶ 18, 19 (describing use of false statements about status of escrow accounts to further the conspiracy) | 1, 3, 7, 8, 10, 13, 14 |
| 253 | Jay Matthiesen | 2/9/2021 | 3/24/2021 | Bacon | Matthiesen tries to contact Bacon about returning call, Bacon eventually texts back contact info for her attorney | JMTC_00006769-JMTC_00006769 | | 4, 14 |
| 254 | Jay Matthiesen | 2/10/2021 | | McGee | Email from McGee to Matthiesen with a Wells Fargo statement attached to serve as proof of funds | INV_00012000-INV_00012001 | This bank statement was doctored to reflect a balance that is $7 million more than the actual balance per the records received directly from Wells Fargo. *See* Indictment ¶ 17. | 1, 3, 4, 5, 7, 8, 10, 11, 12, 13 |
| 255 | Jay Matthiesen | 2/10/2021 | | McGee | McGee emails "proof of funds" Wells Fargo bank statement to Matthiesen to show that MACC money is in her account | JMTC_00014829-JMTC_00014832; JMTC_00007306-JMTC_00007310; JMTC_00008867-JMTC_00008868 | This bank statement was doctored to reflect a balance that is $7 million more than the actual balance per the records received directly from Wells Fargo. *See* Indictment ¶ 17. | 1, 3, 4, 5, 7, 8, 10, 11, 12, 13 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 256 | Jay Matthiesen | 2/16/2021 | | McGee | From: Chrissy M <Chrissym@kcgull.com><br>Sent: Tuesday, February 16, 2021 4:40 PM<br>To: Jay Matthiesen <jmatthi@trivectacapitalgroup.com><br>Subject: Escrow Return<br><br>Jay,<br>Attorney Derek Deyon of Houston, TX will be reaching out to you and your client to sign release forms. We forwarded the email over that you sent yesterday to him. We are dealing with rolling black outs and power outages here and he was affected by it. He has all the information and will authorized the return of funds once the release documents are signed.<br><br>The emails may arrive late this evening as it seems there is a two hour delay in the response time. | JMTC_00016300;<br>JMTC_00007319 | | 4, 7, 14 |
| 257 | Mary Jane Loevlie | 2/17/2021 | | McGee | Summary of phone call with McGee (Loevlie expected to testify about co-conspirator statements made during phone call as summarized in email) | INV_00000455-<br>INV_00000459 | | 1, 4, 7, 8, 14 |
| 258 | Jay Matthiesen | 2/17/2021 | | McGee | McGee update to MACC on delayed funding:<br><br>Subject: Re: Incoming funds for closing<br><br>We truly apologize for the delay in funding. The amount we received requires extra clearance as we are funding over $500m in projects including veteran housing.<br><br>We received your request for the return of your escrow yesterday. We sent the request to our attorney and he will prepare release documents for you to sign. We are dealing with power outages and our attorney was affected by it yesterday. He will send an email confirming the sending of documents to be sent electronically for signature and will authorize return of escrow.<br><br>The funds your group deposited was in connection to a credit facility of $50m do Trivecta; therefore, both parties will need to sign the release form. | JMTC_00016303-<br>JMTC_00016305 | | 1, 3, 7, 8, 10, 13, 14 |
| 259 | Jay Matthiesen | 2/17/2021 | | McGee | In response to MACC email about "return of our escrow today," McGee writes:<br><br>I literally just lost power. We are headed to the gulf to stay. Lets plan for the morning at the latest and I do not like to schedule calls that I may miss due to no control of my own. | JMTC_00016311-<br>JMTC_00016313 | | 1, 3, 7, 8, 10, 13, 14 |
| 260 | Jay Matthiesen | 2/17/2021 | | McGee | McGee emails about delay in sending release documents and states "I will be able to charge my phone at 3pm... we cant check in until then??. Attorney Deyon is working from his phone as well and going south to work. AS SOON AS I get my phone on charge, I will call. I went to our office and prayed it had lights but it didnt either." | JMTC_00016324-<br>JMTC_00016327 | | 1, 3, 7, 8, 10, 13, 14 |
| 261 | Jay Matthiesen | 2/18/2021 | | McGee | MACC summarizes call with McGee, and McGee responds "We have a customized documents that reflects the contracts we have executed with our Credit Facility that must me covered. Once we will receive it, you and your attorney will review the documents and execute through electronic signature.<br><br>I will be in contact with you the moment I receive the documents. Sorry to email so early but my day begins at 3-4am dealing with overseas partners." | JMTC_00016344-<br>JMTC_00016349 | | 1, 3, 7, 8, 10, 13, 14 |
| 262 | Jay Matthiesen | 2/18/2021 | | McGee | McGee responds to delay in release form by stating "I cannot say as I havent spoken to him since yesterday and that was mid-day. As I stated in the previous email, the moment I have it I will send over for review." | JMTC_00016362-<br>JMTC_00016368 | | 1, 3, 7, 8, 10, 13, 14 |
| 263 | Jay Matthiesen | 2/18/2021 | | McGee | McGee emails re release of escrow: "When the release documents are signed, the funds are returned. I received the request on Monday and sent to our attorney on Tuesday. I have already made this a priority in the midst of not having electricity or running water. This has been addressed and protocol established." | JMTC_00016376-<br>JMTC_00016382 | | 1, 3, 7, 8, 10, 13, 14 |
| 264 | Jay Matthiesen | 2/18/2021 | | Deyon | Deyon states he received release of escrow and "Received and I will take this to my client today. I am working from my cell phone without power or water so this may take more time than expected." | JMTC_00008878-<br>JMTC_00008881 | | 4, 7, 8, 14 |
| 265 | Tiffany Dillon | 2/24/2021 | | Bacon | Emails between Dillon and Bacon confirming payments made by Bacon to employees | 4TS_0001132-<br>4TS_0001134 | *See* Indictment ¶ 12 (escrow money used for other purpose; Bacon payroll processed from victim money instead of holding in escrow). | 1, 3, 4, 5, 9, 14 |

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 266 | Jay Matthiesen | 3/2/2021 | | Bacon | From: Sandy Bacon <bacongroupinc@gmail.com><br>Sent: Tuesday, March 2, 2021 2:29 PM<br>To: Jay Matthiesen <jmatthi@trivectacapitalgroup.com><br>Subject: Re: $4.5MM Escrow account<br><br>Jay,<br><br>You do realize that my account has been frozen by your business associate who I knew nothing about. As a result I cannot send or receive so these daily emails serve no purpose. Any further communication should be with my attorney Derek Deyon.<br><br>Thanks....Sandy<br><br>Sandy Bacon<br>Bacon Group Incorporated | JMTC_00045328; JMTC_00007463 | | 4, 10, 14 |
| 267 | Sarah Anderson | 3/15/2021 | | McGee | Email between gerald@wyomingcompany.com and McGee where McGee states "My name should only appear on internal documents from the corporation which as part of the Trust I am the Trustee and the Compliance Officer" | KCG_000354 | *See* Indictment ¶ 1 (discussing McGee's use of aliases and multiple entities) | 4, 11 |
| 268 | Sarah Anderson | 3/24/2021 | | McGee | Email from DeAnna [deanna@wyomingcompany.com] to McGee confirming the order for incorporating Company Name: Goldbrand LLC; Trade Name (DBA) Branded Asset Management Group LLC; Nature of Business: Non-Banking related Financial Services | KCG_000352-KCG_000353 | | 1, 7, 9, 11, 12 |
| 269 | Sarah Anderson | 5/11/2021 | | McGee and Bacon | Email between Bacon and McGee with the Goldbrand letter attached that includes wiring instructions for First Title | KCG_00041-KCG_00042 | | 1, 3, 4, 5, 6, 13 |
| 270 | Angela Crocker | 5/18/2021 | | Bacon | Wiring instructions for Bacon's First Title account provided to Virginia regulators | INV_00002464-INV_00002474 | | 1, 3, 5, 7, 11 |
| 271 | Sarah Anderson | 7/12/2021 | | McGee | Email from McGee to bacongroupinc@gmail.com, requesting the recipient to review the attached and confirm spelling. The attachment is a Client Information Sheet for First Title - Sandy Bacon's name is no where on the attachment; it only references her husband John Bacon | KCG_001087-KCG_001090 | | 3, 4, 6, 13 |
| 272 | Richard Garza | 8/3/2021 | | Bacon | Summary of phone call with Bacon (Garza expected to testify about co-conspirator statements made by Bacon during phone call as summarized in email) | RG_00001229-RG_00001232 | | 1, 3, 4, 7, 8, 10, 13 |
| 273 | Robert Ruiz | 8/10/2021 | | McGee | Email from McGee to Ruiz stating "Hi Robert, This is Christina from Branded Asset Management Group. We are reconciling all loans from the past three years and the two loans done with you as the originator has you on file as the actual lien holder. This is a serious error and will cause you to be liable for lender fees and much more including potential lawsuits. Our attorney has prepared the adjustments that need to be made and I will send to you via DocuSign. We have our notary on standby." | INV_00006895 | | 1, 8, 14 |
| 274 | Sean Brennan | 8/19/2021 | 8/24/2021 | McGee | Email chain between Brennan, McGee, and others regarding the Thomlinson complaint. In response to the complaint being forwarded to McGee, McGee states "This has nothing to do with Robert. He knows good and well he did not pay for the mortgages." In addition, in the chain, Brennan emails Deyon stating " I need to know that the money is secured in your escrow account." The chain also includes the following from Deyon "I checked into the paperwork in Nevada and found a solution to all of this. Al was the only manager/owner at the time the company dissolved. AD resigned as a manager before the dissolution so he relinquished any rights in the company as owner. " | INV_00006101 - INV_00006108 | | 1, 4, 8, 9, 14 |
| 275 | Patrick Ricker | 8/19/2021 | | McGee | McGee provides multiple explanations for delay in funding and return of escrow funds. For example:<br><br>I apologize for the delay in responding as we deal with investors heavily in the final quarter of the year and I've been in a 3 hour meeting.<br>Christine and I are have to do manual documents for this file. We put a help ticket in to our software group and they haven't responded yet. We decided to work manually which takes a little longer but we are getting the numbers resolved. We have sent the request for the wire to be initiated on Friday as we will be closed the week of thanksgiving and back on the 30th. | INV_00005328-INV_00005332 | | 1, 3, 4, 7, 8, 10, 13 |
| 276 | Robert Ruiz | 8/30/2021 | | McGee | Letter signed by McGee to Perez-Juarez regarding notification of change in loan servicing. | INV_00006897 | | 1, 8, 14 |
| 277 | Richard Garza | 9/14/2021 | | Bacon | Bacon provides update to Garza about settlement talks between her lawyer and Steelhead's lawyer | RG_00001409-RG_00001409 | | 4, 10, 14 |
| 278 | Richard Garza | 9/27/2021 | | Bacon | Summary of phone call between Bacon and Garza. Garza is expected to testify about co-conspirator statements of Bacon by phone call re delays in providing return of escrow. | RG_00001314-RG_00001316 | | 1, 3, 4, 7, 8, 10, 13 |

United States' James Log
United States v. McGee and Bacon, 23-cr-472-DDD

| # | Likely Trial Witness(es) | Start Date | End Date | Declarant | Substance or Summary of Statement | Bates | Additional Context | 801 Basis for Admission |
|---|---|---|---|---|---|---|---|---|
| 279 | Jay Matthiesen | 10/21/2021 | 3/22/2021 | McGee | McGee text messages to Matthiesen with statements about escrow agreement, loan paperwork, reasons for delay in closing and return of escrow, status of escrow money, and to forestall investor action | JMTC_00006700-JMTC_00006766 | | 1, 3, 4, 7, 8, 10, 13, 14 |
| 280 | Richard Garza | 7/1/2022 | | Bacon | Bacon tells Garza she will be able to return Steelhead's advance fees soon:<br><br>We are waiting for the funds to hit Tim's account. They were sent from Europe overnight. Pray!! I am stressed to the max.<br>Sandy Bacon<br>Bacon Group, Inc | RG_00001411-RG_00001412 | | 1, 3, 4, 7, 8, 10, 13 |
| 281 | Adarrin Smith / Ian Dunsdon | Undated | | McGee | Undated letter on Branded Asset Management Letterhead originally signed by Smith; On the letter the "I am requesting the return of escrow" box is checked and signed by Dunsdon | INV_00006014 | | 1, 7, 11, 14 |