IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-cr-00472-DDD-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      CHRISHEENA SHANTE MCGEE,
a/k/a CHRISTINA MARIUS

2.      SANDRA PIERCE BACON

        Defendants.

---

**Joint Unopposed Motion to Continue *James* Hearing
Currently Set for November 5, 2025 for 45 days**

---

Chrisheena McGee and Sandra Bacon, through their individual undersigned counsel, and together with the Government, through AUSA Craig Fansler, respectfully move to continue the *James* hearing currently set for November 5, 2025 and reset it in approximately 45 days.

**Procedural Background**

1.      On January 10, 2025, Ms. McGee filed a motion for James hearing. Doc. 35.

2.      The government filed its response and *James* log on October 9, 2025. Doc. 53. The government's pleadings identify 281 statements that it will seek to admit under F.R.E. 801(d)(2)(E).

3. On October 24, 2025, Ms. McGee and Ms. Bacon filed objections to the government's response together with objections to each of the 281 statements. Docs. 54-55.

4. An all-day *James* Hearing is set for November 5, 2025, beginning at 9:30 a.m. Doc. 48.

5. Trial is currently scheduled to begin on February 2, 2026. Doc. 48.

6. Now that all Parties have briefed the *James* issues, they are respectfully requesting the Court vacate the November 5 hearing and reset the hearing in approximately 45 days so that they all have time to further prepare for the *James* hearing and engage in further plea negotiations.

7. All parties believe that it would be the most efficient use of their and the Court's time to continue the *James* hearing in hopes that the continuance will either provide them time to resolve the case before a hearing needs to be held or allow them adequate time to further prepare for the hearing and discuss how to streamline the issues to be addressed.

Wherefore, the parties respectfully request the Court continue the November 5, 2025 *James* hearing, and Order the parties to contact Chambers to set a new *James* hearing date in approximately 45 days.

Dated: October 31, 2025.

Respectfully submitted,

*s/Marci G. LaBranche*
Marci G. LaBranche
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone/Fax:   720.689.8909
Email:   labranche@slhlegal.com
*Attorney for Chrisheena McGee*


*s/ Gene Rossi*
Gene Rossi
Carlton Fields, P.A.
Suite 400 West
1025 Thomas Jefferson Street, NW
Washington, DC 20007-5208
Phone: 202.965.8119
Fax: 202.965.8104
Email: GRossi@carltonfields.com


*s/ Katherine Hartigan*
Katherine Hartigan
Hartigan Law, LLC
1563 N. Gilpin Street
Denver, CO 80218
Phone: 720.445.5984
Email: khm@hartiganlawllc.com
*Attorneys for Sandra Bacon*


*s/ Craig Gordon Fansler*
Craig Gordon Fansler
Assistant United States Attorney
U.S. Attorney's Office – Denver
1801 California Street, Ste. 1600
Denver, CO 80202
craig.fansler2@usdoj.gov

**Certification of Compliance:** I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

*s/ Marci G. LaBranche*
Marci G. LaBranche

**Statement of Speedy Trial Impact:** This is a pretrial motion that tolls the speedy trial clock for a period of time. *See* 18 U.S.C. 3161(h)(1)(D) (excluding any "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion.") The Court previously granted an ends-of-justice continuance on April 29, 2024. (Doc. 48).

*s/ Marci G. LaBranche*
Marci G. LaBranche

## Certificate of Service

I certify that on October 31, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

*s/ Nancy Hickam*
Nancy Hickam, Paralegal