# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff ) | Criminal Case 23CR472 |
| ) | |
| v. ) | Trial: February 2, 2026 |
| ) | |
| SANDRA PIERCE BACON ) | Judge Daniel D. Domenico |
| Defendant ) | |

## MOTION FOR HEARING TO DETERMINE COMPETENCY OR CONTINUE TRIAL

Defendant Sandra Pierce Bacon, by and through her counsel, hereby files with this Honorable Court a motion for a hearing to determine competency, or in the alternative, to continue the February 2, 2026, trial for a reasonable period. The United States opposes this motion and counsel for co-defendant Chrisheena McGee defers to the Court. A sealed memorandum will be filed in support of this motion.

Tuesday, December 2, 2025                Respectfully submitted,

                    _____/s/_____
                    Gene Rossi, Esquire
                    Pro Hac Vice
                    Carlton Fields, PA
                    Suite 400 West
                    1025 Thomas Jefferson Street, NW
                    Washington, DC 20007-5208
                    Telephone: 202-965-8119
                    Cell: 703-627-2856
                    Email: grossi@carltonfields.com

                    Thomas M. Findley, Esquire
                    Pro Hac Vice
                    Carlton Fields, PA
                    Suite 500
                    215 South Monroe Street
                    Tallahassee, FL 32301

Telephone: 850-425-3389
Email: tfindleyi@carltonfields.com

*Attorneys for Sandra Pierce Bacon*

## CERTIFICATE OF SERVICE

I hereby certify that the Defendant's **MOTION TO DETERMINE COMPETENCY OR CONTINUE TRIAL** was filed with the Clerk of the Court via ECF on December 2, 2025.

Respectfully submitted,

_____/s/_____
Gene Rossi, Esquire