# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff ) | Criminal Case 23CR472 |
| ) | |
| v. ) | Trial: June 1, 2026 |
| ) | |
| SANDRA PIERCE BACON ) | Judge Daniel D. Domenico |
| Defendant ) | |

## JOINT MOTION TO EXTEND FILING DEADLINE FOR *JAMES* BRIEF

The United States and Defendant Sandra Pierce Bacon ("Ms. Bacon"), each by and through counsel, hereby file with this Honorable Court a joint motion to extend the filing deadline for Ms. Bacon's supplemental *James* brief from February 13, 2026, to February 16, 2026, and to reset accordingly other deadlines related to the *James* hearing.

On November 9, 2023, an indictment was filed against the Defendant and Ms. McGee, alleging twelve counts of *Wire Fraud and Aiding and Abetting Same,* pursuant to 18 U.S.C. § 1343, 2(a). Doc. 1-1.

On December 11, 2025, this Court entered an order that set a *James* hearing for March 5, 2026, and a jury trial for June 1, 2026. Doc. 69. On December 17, 2025, this Court ordered that by February 13, 2026, Ms. Bacon must file a supplemental brief. Doc. 77.

On February 9, 2026, in a meet-and-confer, the United States and Ms. Bacon began the process of negotiating in good faith to possibly narrowing and resolving salient issues and any objections before the March 5 hearing. Moreover, both counsel for Ms. Bacon have a shareholders' meeting on February 12-14, 2026, in Tampa, Florida. Additionally, the Government's witness for the *James* hearing is the case agent in

another trial scheduled from March 2-11, 2026, and thus is unavailable to testify at a *James* hearing on March 5, 2026.

WHEREFORE, parties respectfully asks this Honorable Court for a filing deadline of February 16, 2026, for Ms. Bacon to file her supplemental *James* brief and ask the Court to extend the other *James* deadlines accordingly, with the Government's response due on February 23, Ms. Bacon's reply on March 2, and reset a *James* hearing for March 30 or 31, 2026, if the Court has availability on either of those days. Ms. Bacon further requests that the Court keep the March 5, 2026, hearing date to address her pending motion to determine her physical capacity to stand trial (Doc. 61).

Respectfully submitted,

| Counsel for the United States | Counsel for Defendant Sandra Bacon |
|---|---|
| PETER MCNEILLY<br>United States Attorney | /s/<br>Gene Rossi, Esquire<br>Pro Hac Vice |
| By: s/ Craig Fansler<br>Craig Fansler<br>Assistant United States Attorney<br>United States Attorney's Office<br>1801 California Street, Suite 1600<br>Denver, CO 80202<br>T: (303) 454-0100<br>F: (303) 454-0403<br>Email: craig.fansler2@usdoj.gov | Carlton Fields, PA<br>Suite 400 West<br>1025 Thomas Jefferson Street, NW<br>Washington, DC 20007-5208<br>Telephone: 202-965-8119<br>Cell: 703-627-2856<br>Email: grossi@carltonfields.com<br><br>/s/<br>Thomas M. Findley, Esquire<br>Pro Hac Vice<br>Carlton Fields, PA<br>Suite 500<br>215 South Monroe Street<br>Tallahassee, FL 32301<br>Telephone: 850-425-3389<br>Email: tfindley@carltonfields.com |

2

**CERTIFICATE OF SERVICE**

I hereby certify that the Defendant's above **JOINT MOTION** was filed with the Clerk of the Court via ECF on February 10, 2026.

                                          Respectfully submitted,

                                          /s/Elizabeth Gomez Solis
                                          Elizabeth Gomez Solis
                                          Legal Assistant
                                          United States Attorney's Office